Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Phoenix,
Sullivan, Walker, and Williams*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual; | NO. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel, | |
| Defendants. | |

Defendants City of Phoenix and Sullivan ("Defendants"), through counsel, and pursuant to Fed. R. Civ. P. 81(c) and 28 U.S.C. § 1441, hereby provide notice of removal of the above-captioned case from the Superior Court of the State of Arizona, County of

Maricopa, filed under Case No. CV2023-012031 to this Court. Pursuant to 28 U.S.C. § 1446(a), Defendants submit this notice and provides the following grounds for removal:

1.      On August 8, 2023, Plaintiff filed a Complaint against Defendants City of Phoenix and Sullivan in the Superior Court of the State of Arizona, County of Maricopa, Case No. CV2023-012031, with the caption *Sean Pena, an individual vs. City of Phoenix, a governmental; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and John Doe Baker; Michael Walker and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel.* A copy of the Complaint is attached as Exhibit 1. The Complaint asserts federal claims, pursuant to 42 U.S.C. § 1983, for violation of his Fourth, Fourteenth, and Fifth Amendment rights.

2.      On September 7, 2023, Plaintiff filed a First Amended Complaint against Defendants City of Phoenix and Sullivan in the Superior Court of the State of Arizona, County of Maricopa, Case No. CV2023-012031, with the caption *Sean Pena, an individual v. City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel.* A copy of the First Amended Complaint

2

is attached as Exhibit 2. The First Amended Complaint asserts federal claims, pursuant to 42 U.S.C. § 1983, for violation of his Fourth, Fourteenth, and Fifth Amendment rights.

3.      This Court has original jurisdiction over Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1331, as Plaintiff asserts claims pursuant to 42 U.S.C. § 1983 (federal question).  Plaintiff also asserts a state law tort claims. This Court has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367(a), as they "form part of the same case or controversy under Article III of the United States Constitution" as Plaintiff's federal claims. This action may be removed pursuant to 28 U.S.C. § 1441(a).

4.      Defendants City of Phoenix and Michael Sullivan were served with the First Amended Complaint on September 28, 2023. A copy of the return of service on Defendant City of Phoenix is attached as Exhibit 3.  A copy of the return of service on Defendant Michael Sullivan is attached as Exhibit 4.  This Notice of Removal is being filed within 30 days after Defendants' initial receipt of the First Amended Complaint on September 28, 2023, and is thus timely filed pursuant to 28 U.S.C. § 1446(b)(1).

5.      True and correct copies of all pleadings and documents that were previously filed with the state court are attached as Exhibit 5.

6.      Defendants have not yet responded to Plaintiff's First Amended Complaint and have obtained an extension until November 8, 2023, to do so.

7.      All Defendants who have been properly joined and served in this action to date consent to the removal of this action, pursuant to 28 U.S.C. § 1446(b)(2)(A).

8.      Defendants Walker and Williams have not been served, but will be represented by undersigned counsel and also consent to the removal.

9.      Contemporaneously with this filing, Defendants have filed a Notice of Filing Notice of Removal in the Superior Court of the State of Arizona, County of Maricopa.  A copy of the Notice of Filing Notice of Removal is attached as Exhibit 6.

WHEREFORE, Defendants respectfully request that the above action now pending in the Superior Court of the State of Arizona, County of Maricopa, be removed to this Court.

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED this 16th day of October 2023.

WIENEKE LAW GROUP, PLC

By:    */s/ Christina Retts*
Kathleen L. Wieneke
Christina Retts
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants City of Phoenix and Sullivan*

4

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on October 16, 2023, I electronically transmitted the attached

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Sean A. Woods
Robert T. Mills

7

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101

8

Phoenix, Arizona 85014

9

*Attorneys for Plaintiff*

10

I hereby certify that on this same date, I served the attached document by U.S. Mail,

11

postage prepaid, on the following, who is a registered participant of the CM/ECF System:

12

N/A

13

By:    */s/ Mica Mahler*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5