UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s):   Sean Pena , ; | **Defendant**(s): City of Phoenix , a governmental entity; County of Maricopa , a governmental entity; Michael Sullivan , Chief of the Phoenix Police Department; Jeri L. Williams , former Chief of the Phoenix Police Department; Jeffrey Roseberry , Deputy Maricopa County Attorney; Janeane Doe Roseberry , Maricopa County Deputy Attorney ; Catherine Fu , ; John Doe Fu , ; Sandra Anderson , Maricopa County Deputy Attorney; John Doe Anderson , ; Samantha Caplinger , Maricopa County Attorney; John Doe Caplinger , ; Michael Baker , Maricopa County Attorney; Jane Doe Baker , ; Michael Walker , Maricopa County Attorney; Jane Doe Walker , ; Cynthia Ramirez , ; Krystoffer Lee , ; Lisa Gutierrez , ; Jarrett Maupin , ; Jane Doe Maupin , ; Iesha Stanciel , ; John Doe Stanciel , ; |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Sean A. Wood ,** Mills + Woods Law, PLLC 5055 N. 12th Street, Suite 101 Phoenix, Arizona  85014 480-999-4556 | **Kathleen L. Wieneke ,** Wieneke Law Group, PLLC 1225 W. Washington Street, Suite 313 Tempe, Arizona  85288 602-715-1868 |
| **Robert T. Mills ,** Mills + Woods Law, PLLC 5055 N. 12th Street, Suite 101 Phoenix, Arizona  85014 480-999-4556 | **Christina Retts ,** Wieneke Law Group, PLLC 1225 W. Washington Street, Suite 313 Tempe, Arizona  85288 602-715-1868 |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| <u>II. Basis of Jurisdiction</u>: | 3. Federal Question (U.S. not a party) |
| <u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)** | |
| Plaintiff:- | N/A |
| Defendant:- | N/A |
| <u>IV. Origin</u> : | 2. Removed From State Court |

| | |
|---|---|
| V. Nature of Suit: | **440 Other Civil Rights** |
| VI. Cause of Action: | **42 USC §1983- malicious prosecution (multiple counts); federal policy and custom/Monell; abuse of process; wrongful termination; breach of covenant and fair dealing; state law malicious prosecution; false arrest and imprisonment; intentional infliction of emotional distress; aiding and abetting; conspiracy** |
| VII. Requested in Complaint | |
| Class Action: | **No** |
| Dollar Demand: | |
| Jury Demand: | **Yes** |

VIII. This case **IS RELATED** to Case Number **CV2023-012031** assigned to Judge **John Hannah.**

**Signature:** /s/ Christina Retts

**Date:** 10/16/2023

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014