SUPPLEMENTAL CIVIL COVER SHEET
FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Clerk's office.

Additional sheets may be used as necessary.

**1.   Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counter claimant(s), Crossclaimant(s) and Third party Claimant(s) still remaining in the case and indicate their party type. Also, please lists the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| **Sean Pena** | **Plaintiff** | Sean A. Woods, #028930<br>Robert T. Mills, #018853<br>MILLS + WOODS LAW, PLLC<br>5055 North 12th Street, Suite 101<br>Phoenix, Arizona 85014<br>(480) 999-4556 |
| **City of Phoenix** | **Defendant** | Kathleen L. Wieneke, #011139<br>Christina Retts, #023798<br>Wieneke Law Group, PLC<br>1225 W. Washington Street, Suite 313<br>Tempe, Arizona 85281<br>(602) 715-1868 |
| **Jeri L. Williams** | **Defendant** | Kathleen L. Wieneke, #011139<br>Christina Retts, #023798<br>Wieneke Law Group, PLC<br>1225 W. Washington Street, Suite 313<br>Tempe, Arizona 85281<br>(602) 715-1868 |
| **Michael Sullivan** | **Defendant** | Kathleen L. Wieneke, #011139<br>Christina Retts, #023798<br>Wieneke Law Group, PLC<br>1225 W. Washington Street, Suite 313<br>Tempe, Arizona 85281<br>(602) 715-1868 |
| **Michael Walker** | **Defendant** | Kathleen L. Wieneke, #011139<br>Christina Retts, #023798<br>Wieneke Law Group, PLC<br>1225 W. Washington Street, Suite 313<br>Tempe, Arizona 85281 |

| Party | Party Type | Attorney(s) |
|---|---|---|
|  |  | **(602) 715-1868** |
| **Maricopa County** | **Defendant** |  |
| **Jeffrey Roseberry** | **Defendant** |  |
| **Jane Doe Roseberry** | **Defendant** |  |
| **Catherine Fu** | **Defendant** |  |
| **John Doe Fu** | **Defendant** |  |
| **Sandra Anderson** | **Defendant** |  |
| **John Doe Anderson** | **Defendant** |  |
| **Samantha Caplinger** | **Defendant** |  |
| **John Doe Caplinger** | **Defendant** |  |
| **Michael Baker** | **Defendant** |  |
| **Jane Doe Baker** | **Defendant** |  |
| **Cynthia Ramirez** | **Defendant** |  |
| **Krystoffer Lee** | **Defendant** |  |
| **Lisa Gutierrez** | **Defendant** |  |
| **Jarret Maupin** | **Defendant** |  |
| **Jane Doe Maupin** | **Defendant** |  |
| **Iesha Stanciel** | **Defendant** |  |
| **John Doe Stanciel** | **Defendant** |  |

**2.    Jury Demand:**

Was a Jury Demand made in another jurisdiction?     **No**

If "yes," by which party and on what date?

**3.    Answer:**

Was an Answer made in another jurisdiction?    **No**

If "yes," by which party and on what date?    **N/A**

**4.    Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| **City of Phoenix** | **September 28, 2023** | **Process Server** |
| **Catherine Fu** |  | **Process Server** |
| **Jeffery Roseberry** | **September 28, 2023** | **Process Server** |
| **Michael Sullivan** | **September 28, 2023** | **Process Server** |

| Sandra Anderson | September 28, 2023 | Process Server |
| Maricopa County Board of Supervisors | September 28, 2023 | Process Server |
| Michael Baker | September 28, 2023 | Process Server |

5.    **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| **County of Maricopa** | |
| **Jeri L. Williams** | |
| **Samantha Caplinger** | |
| **Michael Walker** | |
| **Cynthia Ramirez** | |
| **Kristoffer Lee** | |
| **Lisa Gutierrez** | |
| **Jarrett Maupin** | |
| **Iesha Stanciel** | |

6.    **Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers form another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| **N/A** | |

7.    **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| **Plaintiff** | **42 USC §1983- malicious prosecution (multiple counts); federal policy and custom/Monell; abuse of process; wrongful termination; breach of covenant and fair dealing; state law malicious prosecution; false arrest and imprisonment; intentional infliction of emotional distress; aiding and abetting; conspiracy;** |

**Pursuant to 28 U.S.C. § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**