IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, *et al.*,<br><br>　　　　　　Defendants. | No. CV-23-02156-PHX-JJT (JZB)<br><br>**ORDER** |

　　　　I hereby recuse myself from any further action in the above-captioned matter.

　　　　**IT IS ORDERED** this matter be reassigned, by lot, to another judge in the District of Arizona.

　　　　**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Steven P. Logan. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-23-02156-SPL-JZB.

　　　　Dated this 18th day of October, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　United States District Judge