Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Phoenix and Sullivan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>Defendants. | NO. 2:23-cv-02156-SPL--JZB<br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING** |

Defendants City of Phoenix, Sullivan, Maricopa County, Roseberry, Baker, Anderson, and Fu request an extension of the deadline to file their responsive pleading to Plaintiff's First Amended Complaint until **November 8, 2023**. Attorneys Retts and Mak

(on behalf of their respective clients) separately requested this extension and Plaintiff agreed to the same.

DATED this 18th day of October 2023.

WIENEKE LAW GROUP, PLC

By: /s/ Christina Retts
Kathleen L. Wieneke
Christina Retts
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants City of Phoenix and Sullivan*

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: /s/ Maxine S. Mak
Maxine S. Mak
Deputy County Attorney
225 West Madison Street
Phoenix, Arizona 85003
*Attorneys for Defendants Maricopa County Board of Supervisors, Roseberry, Baker, Anderson, and Fu*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Sean A. Woods
> Robert T. Mills
> MILLS + WOODS LAW, PLLC
> 5055 North 12th Street, Suite 101
> Phoenix, Arizona 85014
> *Attorneys for Plaintiff*
>
> Maxine S. Mak
> Deputy County Attorney
> RACHEL H. MITCHELL
> MARICOPA COUNTY ATTORNEY
> 225 West Madison Street
> Phoenix, Arizona 85003
> *Attorneys for Defendants Maricopa County Board of Supervisors, Roseberry, Baker, Anderson, and Fu*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is a registered participant of the CM/ECF System:

> N/A

By:   */s/ Mica Mahler*