# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual;<br><br>                   Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>                   Defendants. | NO. 2:23-cv-02156-SPL--JZB<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING** |

The Court, having reviewed Defendants City of Phoenix, Sullivan, Maricopa County, Roseberry, Baker, Anderson, and Fu ("Defendants") Unopposed Motion to Extend Time to File a Responsive Pleading, and good cause appearing,

IT IS ORDERED that the Unopposed Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants' response to Plaintiff's First Amended Complaint is due by **November 8, 2023.**

1   DATED: _____

2

3                                        _____
                                         Honorable John Z. Boyle
4                                        United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28