**COPY**

OCT 0 2 2023

CLERK OF THE SUPERIOR COURT
T. GARVEY
DEPUTY CLERK

T. Scott Legal Support Services
Gary Steiner  ID#  MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

**SUPERIOR COURT OF ARIZONA**
**MARICOPA COUNTY**

In re the matter of:

SEAN PENA,

    Plaintiff(s),

v.

CITY OF PHOENIX, et al.,

    Defendant(s).

Case No: CV2023-012031

**CERTIFICATE OF SERVICE**

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on September 28, 2023, I received; Summons, First Amended Complaint, Complaint and a Certificate Of Compulsory Arbitration from The Plaintiff(s).

2. I then proceeded to successfully serve the above described documents on the City of Phoenix at 200 W. Washington St., 15th Fl., Phoenix, Arizona on September 28, 2023 at approximately 2:25 pm. I asked who could accept service and Jessica Castro, Special Deputy Clerk, said she could. I then verbally identified and served her.

3. This is considered to be personal service.

4. The fee I charged for this service was $85.

I declare under the penalty of perjury that the foregoing is true and correct

_____
Gary Steiner

10/2/23
Date

Page 1