

OCT 0 2 2023

CLERK OF THE SUPERIOR COURT
T. GARVEY
DEPUTY CLERK



1  T. Scott Legal Support Services
   Gary Steiner  ID#  MC 7767
2  (480) 227-7297
   Tscottlegal2007@aol.com
3

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

In re the matter of:                )
                                    )
SEAN PENA,                          )    Case No: CV2023-012031
                                    )
                                    )
         Plaintiff(s),               )    **CERTIFICATE OF SERVICE**
                                    )
v.                                  )
                                    )
CITY OF PHOENIX, et al.,            )
                                    )
         Defendant(s).              )
   _____)

1.  I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on September 28, 2023, I received <u>Summons, First Amended Complaint, Complaint and a Certificate Of Compulsory Arbitration</u> from The Plaintiff(s).

2.  I then proceeded to successfully serve the above described documents on Michael Baker at Maricopa County Attorney's Office at 225 W. Madison, Phoenix, Arizona on September 28, 2023 at approximately 3:00 pm. I asked who could accept service and Debbie Mackenzie, Supervisor, said she could. I then verbally identified and served her.

3.  This is considered to be personal service.

4.  The fee I charged for this service was $25.

I declare under the penalty of perjury that the foregoing is true and correct

_____                    10/2/23
Gary Steiner                                 Date