

**COPY**

OCT 0 2 2023

CLERK OF THE SUPERIOR COURT
T. GARVEY
DEPUTY CLERK

T. Scott Legal Support Services
Gary Steiner  ID#  MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

In re the matter of:

SEAN PENA,

      Plaintiff(s),

v.

CITY OF PHOENIX, et al.,

      Defendant(s).

Case No: CV2023-012031

**CERTIFICATE OF SERVICE**

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on September 28, 2023, I received <u>Summons, First Amended Complaint, Complaint and a Certificate Of Compulsory Arbitration</u> from The Plaintiff(s).

2. I then proceeded to successfully serve the above described documents on the Phoenix Police Chief Michael Sullivan at 200 W. Washington St., 15th Fl., Phoenix, Arizona on September 28, 2023 at approximately 2:25 pm. I asked who could accept service and Jessica Castro, Special Deputy Clerk, said she could. I then verbally identified and served her.

3. This is considered to be personal service.

4. The fee I charged for this service was $25.

I declare under the penalty of perjury that the foregoing is true and correct

_Gary Steiner_ (signature)
Gary Steiner

10/2/23
Date