Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF *PRELIMINARY ORDER***<br><br>(Assigned to the Honorable Steven P. Logan) |

Through counsel undersigned and pursuant to the *Preliminary Order* entered October 26, 2023 (Doc. 8), Plaintiff hereby gives notice that on October 26, 2023 it served

the *Preliminary Order* upon the Defendants who have already been served with process in this action – City of Phoenix, Michael Sullivan, County of Maricopa, Jeffrey Roseberry, Michael Baker, Sandra Anderson, and Catherine Fu – via email to their respective counsel. Plaintiff will serve the remaining Defendants with the *Preliminary Order* when it serves them with process.

       **RESPECTFULLY SUBMITTED** this 26th day of October 2023.

                                       **MILLS + WOODS LAW, PLLC**

                          By   */s/ Sean A. Woods*
                                Robert T. Mills
                                Sean A. Woods
                                5055 N 12th Street, Suite 101
                                Phoenix, AZ 85014
                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Christina Retts
cretts@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
1225 W Washington St., Ste. 313
Tempe, AZ 85288
*Attorneys for Defendants City of Phoenix, Michael Sullivan, Jeri Williams, and Michael Walker*

      */s/ Ben Dangerfield*