Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual, | Case No.: CV-23-02156-PHX-SPL |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION TO AMEND *PRELIMINARY ORDER*** |
| City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel, | (Assigned to the Honorable Steven P. Logan) [EXPEDITED CONSIDERATION REQUESTED] |
| Defendants. | |

Through counsel undersigned, Plaintiff hereby respectfully moves that the *Preliminary Order* entered October 26, 2023 (Doc. 8) be amended to clarify that Plaintiff

has ninety (90) days from the date of removal of this action, or until up to and including January 14, 2024, to accomplish service of process upon the remaining unserved Defendants.

When an action is removed to federal court, a plaintiff has ninety (90) days *from the date of removal* within which to accomplish service of process on any remaining unserved defendants. *See Whidbee v. Pierce Cnty., State Mun. Corp.*, 857 F.3d 1019, 1023 (9th Cir. 2017) (Referring to Rule 4(m) and holding that "[t]herefore, *once a case is removed to federal court, a plaintiff has a specified number of days* to effect service of process on all defendants … .") (emphasis added); *Masters v. Copper Springs Hosp. E.*, No. CV-23-01354-PHX-JJT, at *2 (D. Ariz. Aug. 8, 2023) ("Upon removing a case from state court … a plaintiff has *90 days from the date of removal* to serve the complaint and summons on unserved defendants.") (emphasis added); *Vargas v. Snowflake Unified Sch. Dist. No. 5*, No. CV-17-08035-PCT-JAT, at *3 (D. Ariz. June 20, 2017) ("Because all service in this case was completed *within 90 days of removal*, it is timely.") (emphasis added); 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1137 (4th ed. 2015) ("In removed cases, *the Rule 4(m) time period starts to run upon removal* to the federal district court, not the date the action was originated in state court … .") (emphasis added); *see also* 28 U.S.C. § 1448 ("In all cases removed from any State court to any district court … process or service may be completed or new process issued in the same manner as in cases originally filed in such district court.")

Here, the action was removed on October 16, 2023. (Doc. 1.) Pursuant to Rule 4(m), Plaintiff respectfully requests ninety (90) days from that date, or up to and including

2

January 14, 2024, within which to serve the remaining unserved Defendants. However, the *Preliminary Order* states that "on November 6, 2023, the Clerk of Court shall terminate without further notice any Defendant in this action that has not been served pursuant to Rule 4(m) of the Federal Rules of Civil Procedure." (Doc. 8 at 6:1-3.)

Though Plaintiff still intends to serve the remaining unserved Defendants as expeditiously as possible, the *Preliminary Order* should nevertheless be amended to reflect that Plaintiff has until up to and including January 14, 2024 within which to serve them, in accordance with the Proposed Order filed concurrently herewith. The Defendants who have been served in this action have informed Plaintiff that they take no position on this Motion.

**RESPECTFULLY SUBMITTED** this 27th day of October 2023.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 N 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

3

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Christina Retts
cretts@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
1225 W Washington St., Ste. 313
Tempe, AZ 85288
*Attorneys for Defendants City of Phoenix, Michael Sullivan, Jeri Williams, and Michael Walker*

           /s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556