Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Pena, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>　　　　　Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**[PROPOSED] ORDER AMENDING** *PRELIMINARY ORDER*<br><br>(Assigned to the Honorable Steven P. Logan) |

The Court, having reviewed *Plaintiff's Motion to Amend Preliminary Order* ("Plaintiff's Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting Plaintiff's Motion.

**IT IS FURTHER ORDERED** that to the extent, and only to the extent, that Doc. 8 requires or states that Plaintiff has only until up to or including November 6, 2023 to accomplish service of process on the remaining unserved Defendants, or requires or states that any of the remaining unserved Defendants will be terminated as parties on or after November 6, 2023, that Doc. 8 is hereby amended to clarify that Plaintiff has until up to or including January 14, 2024 to accomplish service of process on the remaining unserved Defendants, and that no unserved Defendants will be terminated on or before that date.