Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>　　　　　　　Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**NOTICE FOR EXPEDITED CONSIDERATION OF *PLAINTIFF'S MOTION TO AMEND PRELIMINARY ORDER***<br><br>(Assigned to the Honorable Steven P. Logan) |

Through counsel undersigned and pursuant to the *Preliminary Order* entered October 26, 2023, (*see* Doc. 8 at 4:19-26), Plaintiff notifies the Court that it is requesting

expedited consideration of the concurrently-filed *Plaintiff's Motion to Amend Preliminary Order* ("Plaintiff's Motion"). Expedited consideration is appropriate because the service deadline set in the Preliminary Order that Plaintiff's Motion seeks to have extended is November 6, 2023, which is rapidly approaching. Plaintiff needs clarity from the Court as soon as possible as to whether that deadline will be extended via amendment. Expedited consideration is also appropriate because the Defendants who have already been served have informed Plaintiff that they take no position on Plaintiff's Motion.

**RESPECTFULLY SUBMITTED** this 27th day of October 2023.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
     Robert T. Mills
     Sean A. Woods
     5055 N 12th Street, Suite 101
     Phoenix, AZ 85014
     *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Christina Retts
cretts@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
1225 W Washington St., Ste. 313
Tempe, AZ 85288
*Attorneys for Defendants City of Phoenix, Michael Sullivan, Jeri Williams, and Michael Walker*

   */s/ Ben Dangerfield*

2