IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>　　　　　Defendants. | No. CV-23-02156-PHX-SPL<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's Motion to Amend (Doc. 20). Good cause appearing,

　　　　**IT IS ORDERED** that the Motion to Amend (Doc. 20) is **granted**.

　　　　**IT IS FURTHER ORDERED** that Plaintiff must file proof of service of the summons and complaint or of waiver of service with the Clerk of Court no later than **January 14, 2024**.

　　　　**IT IS FURTHER ORDERED** that unless the Court orders otherwise, on **January 14, 2024**, the Clerk of Court shall terminate without further notice any Defendant in this action that has not been served pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

　　　　Dated this 30th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge