RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    MAXINE S. MAK (031158)
         ANNA G. CRITZ (034530)
         JOSEPH I. VIGIL (018677)
         makm@mcao.maricopa.gov
         critza@mcao.maricopa.gov
         vigilj@mcao.maricopa.gov
         Deputy County Attorneys

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendants Maricopa County,
Roseberry, Fu, Anderson, Caplinger, and Baker

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix et al.,<br><br>    Defendants. | NO. CV-23-02156-SPL<br><br>**CERTIFICATE REGARDING GOOD FAITH NOTIFICATION ON MOTION TO DISMISS** |

       Pursuant to LRCiv. 12.1(c), I, Maxine S. Mak, certify that I am counsel of record for Defendants Maricopa County, Jeffrey Roseberry, Catherine Fu, Sandra Anderson, Samantha Caplinger, and Michael Baker (the "County Defendants").

       Prior to filing the County Defendants' Motion to Dismiss, I notified counsel for Plaintiffs, Sean Woods, in writing, of the issues asserted in the motion in written correspondence on October 21, 2023.

On November 6, 2023, counsel for Plaintiffs advised that they were preparing a response to the meet and confer correspondence and considering amendment, but there has been no agreement on the issues raised in the motion.

Accordingly, I certify that the County Defendants have met the notification obligation of LRCiv. 12.1(c).

RESPECTFULLY submitted this 8th day of November 2023

                RACHEL H. MITCHELL
                MARICOPA COUNTY ATTORNEY

BY:  /s/Maxine S. Mak
       MAXINE S. MAK
       ANNA G. CRITZ
       JOSEPH I. VIGIL
       Deputy County Attorneys
       *Attorneys for Defendants Maricopa County,*
       *Roseberry, Fu, Anderson, Caplinger, and Baker*

CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

Sean A. Woods, Esq.
Robert T. Mills, Esq.
MILLS + WOODS LAW, PLLC
5055 N. 12th St., Ste. 101
Phoenix, AZ 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Christina G. Retts, Esq.
Kathleen L. Wieneke, Esq.
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, AZ 85288
cretts@wienekelawgroup.com
kwieneke@wienekelawgroup.com
*Attorneys for City of Phoenix Defendants*

*/s/ A. Moreno*

S:\CIVIL\CIV\Matters\RM\2023\Pena v. COP, et al. 2023-0431\Pleadings\GF Certificate.docx