1   Kathleen L. Wieneke, Bar #011139
2   Christina Retts, Bar #023798
    WIENEKE LAW GROUP, PLC
3   1225 West Washington Street, Suite 313
    Tempe, Arizona 85288
4   Telephone: (602) 715-1868
    Fax: (602) 455-1109
5   Email: kwieneke@wienekelawgroup.com
    Email: cretts@wienekelawgroup.com

6   *Attorneys for Defendants City of Phoenix and Sullivan*
7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF ARIZONA**

10  Sean Pena, an individual;                        NO. 2:23-cv-02156-SPL

11                              Plaintiff,     **DEFENDANTS' MOTION TO
                                               EXCEED PAGE LIMITATION FOR
12  vs.                                        MOTION TO DISMISS**

13  City of Phoenix, a governmental entity;
    County of Maricopa, a governmental entity;
14  Michael Sullivan, Chief of the Phoenix
    Police Department; Jeri L. Williams, former
15  Chief of the Phoenix Police Department;
    Deputy Maricopa County Attorney Jeffrey
16  Roseberry and Jane Doe Roseberry;
    Maricopa County Deputy Attorney Catherine
17  Fu and John Doe Fu; Maricopa County
    Deputy Attorney Sandra Anderson and John
18  Doe Anderson; Maricopa County Attorney
    Samantha Caplinger and John Doe
19  Caplinger; Maricopa County Attorney
    Michael Baker and Jane Doe Baker; Michael
20  Walker; and Jane Doe Walker; Cynthia
    Ramirez; Krystoffer Lee; Lisa Gutierrez;
21  Jarrett Maupin and Jane Doe Maupin; and
    Iesha Stanciel and John Doe Stanciel,
22
                                Defendants.
23

24          Defendants City of Phoenix and Sullivan ("Defendants") move the Court for

25  permission to exceed the 17-page limit for its Motion to Dismiss and file a 30-page Motion

26  to Dismiss Plaintiff's Complaint. The 30-page Motion includes the caption.

27

28

Plaintiff's Complaint contains twenty-two separate claims, relating to criminal charges stemming from three separate allegations of sexual assault. Defendants have numerous defenses, including failure to comply with the Notice of Claim and statute of limitations for the state law claims. Defendants must raise the insufficiency of the NOC and timeliness defenses now, or risk claims of waiver being made by Plaintiffs.

In addition, Defendants are raising bars of absolute immunity to a number of the claims. *See Ledvina v. Cerasani*, 146 P.3d 70, 75, ¶ 14 (Ariz. App. 2006) (absolute immunity to citizen crime victims' statements to the police); *Green Acres Tr. v. London*, 688 P.2d 617, 620 (Ariz. 1984) (judicial proceedings privilege); *Rehberg v. Paulk*, 566 U.S. 356, 369 (2012) (immunity for testifying witnesses); *Garmon v. County of Los Angeles*, 828 F.3d 837, 842-43 (9th Cir. 2016) (Prosecutors are entitled to prosecutorial immunity "when performing functions 'intimately associated with the judicial phase of the criminal process."). As absolute immunity is immunity from suit, it should be decided at the earliest practical time to avoid costly litigation. Although the Defendants do not represent Ms. Lee, Ms. Gutierrez, or Ms. Ramirez (the victims[1]), the arguments that they are making related to immunity will apply to them.  It is Defendants' position, for example, that Plaintiff cannot base his litigation—against any Defendant— on the victim's reports to police, which are subject to absolute immunity as complaining witnesses pursuant to *Ledvina*.

Defendants have endeavored to be as concise as possible in their Motion to Dismiss, but due to the complexity of this case, request the Court's permission to exceed the page limitation and file a 30-page Motion to Dismiss (including the Caption). Defendants have revised the brief numerous times attempting to further reduce the length but believe that additional revisions will adversely affect the content of the briefing.

---

[1] These women were designated as victims in the criminal cases and, as a result, are referred to as such in this request.

DATED this 8th day of November 2023.

WIENEKE LAW GROUP, PLC

By:   */s/ Christina Retts*
Kathleen L. Wieneke
Christina Retts
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants City of Phoenix and
Sullivan*

1

**<u>CERTIFICATE OF SERVICE</u>**

2

3

I hereby certify that on November 8, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4

5

6

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiff*

7

8

9

10

Maxine S. Mak
Deputy County Attorney
RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY
225 West Madison Street
Phoenix, Arizona 85003
*Attorneys for Defendants Maricopa County Board of Supervisors, Roseberry, Baker, Anderson, and Fu*

11

12

13

14

15

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is a registered participant of the CM/ECF System:

16

17

N/A

18

19

By:     */s/ Mica Mahler*

20

21

22

23

24

25

26

27

28

4