RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    MAXINE S. MAK (031158)
        ANNA G. CRITZ (034530)
        JOSEPH I. VIGIL (018677)
        makm@mcao.maricopa.gov
        critza@mcao.maricopa.gov
        vigilj@mcao.maricopa.gov
        Deputy County Attorneys

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendants Maricopa County,
Roseberry, Fu, Anderson, Caplinger, and Baker

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Pena,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix et al.,<br><br>    Defendants. | NO. CV-23-02156-SPL-JZB<br><br>**DEFENDANTS MARICOPA COUNTY, JEFFREY ROSEBERRY, CATHERINE FU, SANDRA ANDERSON, SAMANTHA CAPLINGER, AND MICHAEL BAKER'S JOINDER TO DEFENDANT CITY OF PHOENIX'S MOTION TO DISMISS (Doc. 25)** |

      Defendants Maricopa County, Jeffrey Roseberry, Catherine Fu, Sandra Anderson, Samantha Caplinger, and Michael Baker (the "County Defendants") join the following sections of Defendant City of Phoenix's Motion to Dismiss: II.A; II.A.1; II.A.2 related to

False Arrest and Imprisonment (Counts XI, XII, XIII), Abuse of Process (Counts VII, VIII, IX), Intentional Infliction of Emotional Distress (Count XIV), Aiding and Abetting (Count XV), Malicious Prosecution (Count IV); II.D-H, J, K.

RESPECTFULLY submitted this 8th day of November 2023

>
> RACHEL H. MITCHELL
> MARICOPA COUNTY ATTORNEY
>
> BY:   /s/Maxine S. Mak
>       MAXINE S. MAK
>       ANNA G. CRITZ
>       JOSEPH I. VIGIL
>       Deputy County Attorneys
>       *Attorneys for Defendants Maricopa County,*
>       *Roseberry, Fu, Anderson, Caplinger, and Baker*

CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

Sean A. Woods, Esq.
Robert T. Mills, Esq.
MILLS + WOODS LAW, PLLC
5055 N. 12th St., Ste. 101
Phoenix, AZ 85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Christina G. Retts, Esq.
Kathleen L. Wieneke, Esq.
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, AZ 85288
cretts@wienekelawgroup.com
kwieneke@wienekelawgroup.com
*Attorneys for City of Phoenix Defendants*

/s/ *A. Moreno*

S:\CIVIL\CIV\Matters\RM\2023\Pena v. COP, et al. 2023-0431\Pleadings\Joinder to COP MTD.docx