T. Scott Legal Support Services
Gary Steiner  ID#  MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

In re the matter of:

SEAN PENA,

      Plaintiff(s),

v.

CITY OF PHOENIX, et al.,

      Defendant(s).

Case No: CV-23-02156-PHX-SPL

**CERTIFICATE OF SERVICE**

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on November 3, 2023, I received: Summons In A Civil Action, Notice Of Removal, Preliminary Order, First Amended Complaint, Complaint and a Certificate Of Compulsory Arbitration from The Plaintiff(s).

2. I then proceeded to successfully serve the above described documents on Cynthia Ramirez at 7036 N. 80th Dr., Glendale, Arizona on November 5, 2023 at approximately 10:35 am. I knocked and asked for Cynthia. A man called into the garage and Cynthia came out. I then verbally identified and served her.

3. This is considered to be personal service.

4. The fee I charged for this service was $85.

I declare under the penalty of perjury that the foregoing is true and correct

_____
Gary Steiner

11/9/23
Date

Page 1