T. Scott Legal Support Services
Gary Steiner  ID#  MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

In re the matter of:

SEAN PENA,

    Plaintiff(s),

v.

CITY OF PHOENIX, et al.,

    Defendant(s).

Case No: CV-23-02156-PHX-SPL

**CERTIFICATE OF SERVICE**

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on November 3, 2023, I received; <u>Summons In A Civil Action, Notice Of Removal, Preliminary Order, First Amended Complaint, Complaint and a Certificate Of Compulsory Arbitration</u> from The Plaintiff(s).

2. I then proceeded to successfully serve the above described documents on Lisa Gutierrez at 400 W. Baseline Rd., #330, Tempe, Arizona on November 10, 2023 at approximately 11:55 am. I knocked and asked for Lisa. Her niece, Cecylya Taylor, 16 years old, told me she was out. I then verified Cecylya lived with her aunt and served her for Lisa.

3. This is considered to be substitute service.

4. The fee I charged for this service was $125.

I declare under the penalty of perjury that the foregoing is true and correct

_____       11/13/23
Gary Steiner       Date