Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>　　　　　　　Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COUNTY DEFENDANTS' MOTION TO DISMISS**<br><br>(First Request)<br><br>(Assigned to the Honorable Steven P. Logan) |

　　　　Through counsel undersigned and pursuant to LRCiv 7.3, Plaintiff Sean Pena and Defendants Jeffrey Roseberry, Catherine Fu, Sandra Anderson, Samantha Caplinger,

Michael Baker, and Maricopa County hereby stipulate and agree to extend the time within which Plaintiff may file his Response to *Defendants Jeffrey Roseberry, Catherine Fu, Sandra Anderson, Samantha Caplinger, Michael Baker, and Maricopa County's Motion to Dismiss* until up to and including December 6, 2023, in accordance with the Proposed Order filed concurrently herewith.   This stipulation is agreed to in good faith and not for purposes of delay.

**RESPECTFULLY SUBMITTED** this 16th day of November 2023.

**MILLS + WOODS LAW, PLLC**

By    */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 N 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

**MARICOPA COUNTY ATTORNEY**

By    */s/ Maxine S. Mak (w/ permission)*
    Joseph I. Vigil
    Maxine S. Mak
    Anna G. Critz
    225 West Madison Street
    Phoenix, Arizona 85003
    *Attorneys for Defendants Maricopa County, Roseberry, Fu, Anderson, Caplinger, and Baker*

# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Christina Retts
cretts@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
1225 W Washington St., Ste. 313
Tempe, AZ 85288
*Attorneys for Defendants City of Phoenix, Michael Sullivan, Jeri Williams, and Michael Walker*

Joseph I. Vigil
vigilj@mcao.maricopa.gov
Maxine S. Mak
makm@mcao.maricopa.gov
Anna G. Critz
critza@mcao.maricopa.gov
**MARICOPA COUNTY ATTORNEY**
Civil Services Division
225 West Madison Street
Phoenix, Arizona 85003
*Attorneys for Defendants Maricopa County, Roseberry, Fu, Anderson, Caplinger, and Baker*

　　　　　*/s/ Ben Dangerfield*