Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>　　　　　　Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTY DEFENDANTS' MOTION TO DISMISS**<br><br>(Assigned to the Honorable Steven P. Logan) |

THE COURT, having reviewed the *Stipulation for Extension of Time to Respond to County Defendants' Motion to Dismiss* (the "Stipulation to Extend"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation to Extend.

**IT IS FURTHER ORDERED** permitting Plaintiff until up to and including December 6, 2023 within which to file his Response to *Defendants Jeffrey Roseberry, Catherine Fu, Sandra Anderson, Samantha Caplinger, Michael Baker, and Maricopa County's Motion to Dismiss*.