IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>　　　　　　Defendant. | No. CV-23-02156-PHX-SPL<br><br>**ORDER** |

Before the Court is Defendants City of Phoenix and Sullivan's Motion to Exceed (Doc. 24), in which they request permission to file a Motion to Dismiss in excess of the page limitation. Finding good cause appearing, the motion will be granted. Accordingly,

**IT IS ORDERED** that the Motion to Exceed (Doc. 24) is **granted.** The Clerk of Court shall file the lodged proposed Motion to Dismiss (lodged at Doc. 25).

Dated this 16th day of November, 2023.

　　　　　　　　　　　　　　　　　　　/s/ Steven P. Logan
　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　United States District Judge