IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena,<br><br>                    Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>                    Defendants. | No. CV-23-02156-PHX-SPL<br><br>**ORDER** |

Before the Court are Plaintiff's Motions (Docs. 30–31), in which he requests an extension of time to file Responses to the pending Motions to Dismiss. Having considered these first requests,

**IT IS ORDERED** that the Motions for Extension (Docs. 30–31) are **granted**. Plaintiff shall have until **December 6, 2023**, to file Responses to the Motions to Dismiss (Doc. 22; lodged at Doc. 25).

Dated this 16th day of November, 2023.

Honorable Steven P. Logan
United States District Judge