T. Scott Legal Support Services
Gary Steiner  ID# MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

In re the matter of:

SEAN PENA,

    Plaintiff(s),

v.

CITY OF PHOENIX, et al.,

    Defendant(s).

Case No: CV-23-02156-PHX-SPL

**CERTIFICATE OF SERVICE**

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on November 3, 2023, I received; Summons In A Civil Action, Notice Of Removal, Preliminary Order, First Amended Complaint, Complaint and a Certificate Of Compulsory Arbitration from The Plaintiff(s).

2. I then proceeded to successfully serve the above described documents on Jarrett Maupin at 9616 S 1st Ave., Phoenix, Arizona on December 3, 2023 at approximately 10:25 am. I knocked and a man came to a window in a towel. I asked for Jarrett Maupin and he asked Sr. or Jr. I said Jr. and he said he wasn't home. I verified they both lived there and then served his father for Jarrett.

3. This is considered to be substitute service.

4. The fee I charged for this service was $125.

I declare under the penalty of perjury that the foregoing is true and correct

_____
Gary Steiner

12/4/23
Date