T. Scott Legal Support Services
Gary Steiner  ID# MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

In re the matter of: )
)
SEAN PENA, )  Case No: CV-23-02156-PHX-SPL
)
)
Plaintiff(s), )  **CERTIFICATE OF SERVICE**
)
v. )
)
CITY OF PHOENIX, et al., )
)
Defendant(s). )
_____ )

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on November 3, 2023, I received; <u>Summons In A Civil Action, Notice Of Removal, Preliminary Order, First Amended Complaint, Complaint and a Certificate Of Compulsory Arbitration</u> from The Plaintiff(s).

2. I then proceeded to successfully serve the above described documents on Iesha Stanciel at Staybridge Suites, 2940 N. Greenfield Rd, Phoenix, Arizona on December 5, 2023 at approximately 1:30 pm. I verified that Iesha was working and when I entered, I saw her behind the front desk. I then verbally identified and served her.

3. This is considered to be personal service.

4. The fee I charged for this service was $125.

I declare under the penalty of perjury that the foregoing is true and correct

_____          12/6/23
Gary Steiner                                              Date