Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Pena, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>　　　　　　　Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN DEFENDANTS AND CLAIMS**<br><br>(Assigned to the Honorable Steven P. Logan) |

　　　　Through counsel undersigned and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sean Pena hereby notifies the Court and the parties of his dismissal without

prejudice of the following Defendants from this action: Michael Sullivan, County of Maricopa, Catherine Fu, John Doe Fu, Jeffrey Roseberry, Jane Doe Roseberry, Sandra Anderson, John Doe Anderson, Michael Baker, Jane Doe Baker, Samantha Caplinger, and John Doe Caplinger.

Further pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff also notifies the Court and the parties of his dismissal without prejudice of the following claims from this action, as asserted in his First Amended Complaint: Count XI (False Arrest and Imprisonment 03/09/2020), Count XII (False Arrest and Imprisonment 7/24/20), Count XIII (Instigating or Participating in False Arrest and Imprisonment), and Count XXI (Violation of Plaintiff's Civil Rights Under 42 U.S.C. § 1985 – Civil Conspiracy to Violate Plaintiff's Civil Rights).

Further pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff also notifies the Court and the parties of his dismissal without prejudice of Count XXII (Defamation), but *only* as to Defendants City of Phoenix, Jeri Williams, Michael Walker, and Jane Doe Walker.

Further pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff also notifies the Court and the parties of his dismissal without prejudice of Counts XVII, XVIII, XIX, and XX (Malicious Prosecution in Violation of the Fourth, Fifth, and Fourteenth Amendments and 42 U.S.C. § 1983), but *only* as to Defendants Krystoffer Lee, Lisa Gutierrez, Cynthia Ramirez, Jarrett Maupin, Jane Doe Maupin, Iesha Stanciel, and John Doe Stanciel.

Because none of the Defendants mentioned above have filed an answer or a motion for summary judgment, the dismissals set forth above are effective upon the filing of this Notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

///

**RESPECTFULLY SUBMITTED** this 6th day of December 2023.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 N 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Christina Retts
cretts@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
1225 W Washington St., Ste. 313
Tempe, AZ 85288
*Attorneys for Defendants City of Phoenix, Michael Sullivan, Jeri Williams, and Michael Walker*

Joseph I. Vigil
vigilj@mcao.maricopa.gov
Maxine S. Mak
makm@mcao.maricopa.gov
Anna G. Critz
critza@mcao.maricopa.gov
**MARICOPA COUNTY ATTORNEY**
Civil Services Division
225 West Madison Street
Phoenix, Arizona 85003
*Attorneys for Defendants Maricopa County, Roseberry, Fu, Anderson, Caplinger, and Baker*

    */s/ Ben Dangerfield*

3