Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS FOR RESPONSE TO MOTION TO DISMISS**<br><br>(Assigned to the Honorable Steven P. Logan) |

Through counsel undersigned, Plaintiff moves the Court for permission to exceed

the seventeen (17) page limit for the concurrently-filed *Plaintiff's Response in Opposition*

*to Defendants City of Phoenix and Sullivan's Motion to Dismiss* ("Plaintiff's Response"), which in substance is approximately twenty-six (26) pages in length.

Good cause exists to allow Plaintiff's Response to be filed in the length submitted because the Court also granted permission for the Motion to Dismiss to be filed in a length of approximately thirty (30) pages, and Plaintiff required approximately the same amount of space to respond.

**RESPECTFULLY SUBMITTED** this 6th day of December 2023.

          **MILLS + WOODS LAW, PLLC**

          By   */s/ Sean A. Woods*
                Robert T. Mills
                Sean A. Woods
                5055 N 12th Street, Suite 101
                Phoenix, AZ 85014
                *Attorneys for Plaintiff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Christina Retts
cretts@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
1225 W Washington St., Ste. 313
Tempe, AZ 85288
*Attorneys for Defendants City of Phoenix, Michael Sullivan, Jeri Williams, and Michael Walker*

Joseph I. Vigil
vigilj@mcao.maricopa.gov
Maxine S. Mak
makm@mcao.maricopa.gov
Anna G. Critz
critza@mcao.maricopa.gov
**MARICOPA COUNTY ATTORNEY**
Civil Services Division
225 West Madison Street
Phoenix, Arizona 85003
*Attorneys for Defendants Maricopa County, Roseberry, Fu, Anderson, Caplinger, and Baker*

　　　　/s/ Ben Dangerfield

3