Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Phoenix,
Walker, and Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual; | NO. 2:23-cv-02156-SPL |
| Plaintiff, | **DEFENDANTS WALKER AND WILLIAMS' JOINDER TO DEFENDANTS CITY OF PHOENIX AND SULLIVAN'S MOTION TO DISMISS (DOC. 33)** |
| vs. | |
| City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel, | |
| Defendants. | |

Defendants Walker and Williams ("Defendants") join Defendants City of Phoenix and Sullivan's Motion to Dismiss (Doc. 33) filed on November 17, 2023. The arguments set forth in the Motion to Dismiss, with only the exception of those advanced by Chief Sullivan regarding events that occurred before his tenure, apply equally to Defendants Walker and Williams.

1

DATED this 7th day of December 2023.

2

WIENEKE LAW GROUP, PLC

3

By:   /s/ Christina Retts
4        Kathleen L. Wieneke
5        Christina Retts
         1225 West Washington Street, Suite 313
6        Tempe, Arizona 85288
         *Attorneys for Defendants City of Phoenix,*
7        *Walker, and Williams*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2

3       I hereby certify that on December 7, 2023, I electronically transmitted the attached

4       document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

        Notice of Electronic Filing to the following CM/ECF registrants:

5

6               Sean A. Woods
                Robert T. Mills
7               MILLS + WOODS LAW, PLLC
                5055 North 12th Street, Suite 101
8               Phoenix, Arizona 85014
                *Attorneys for Plaintiff*
9

10      I hereby certify that on this same date, I served the attached document by U.S. Mail,

11      postage prepaid, on the following, who is a registered participant of the CM/ECF System:

12              N/A

13                              By:     */s/ Mica Mahler*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28