IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena,<br><br>          Plaintiff,<br>vs.<br><br>City of Phoenix, et al.,<br><br>          Defendants. | No.  CV-23-02156-PHX-SPL<br><br>**ORDER** |

      Upon review and good cause appearing,

      **IT IS ORDERED** that the Joint Motion for Extension (Doc. 4) is **granted** and the City of Phoenix's Motion to Dismiss (Doc. 24, 33) is deemed **timely filed**.

      **IT IS FURTHER ORDERED** that in light of the Notice of Party Dismissal (Doc. 37), the Motion to Dismiss (Doc. 22) is **denied as moot**.

      Dated this 7th day of December, 2023.

                                                Honorable Steven P. Logan
                                                United States District Judge