IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena,<br><br>              Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>              Defendant. | No. CV-23-02156-PHX-SPL<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Exceed (Doc. 39), in which they request permission to file a Response to the Motion to Dismiss in excess of the page limitation. Finding good cause appearing, the motion will be granted. Accordingly,

**IT IS ORDERED** that the Motion to Exceed (Doc. 39) is **granted.** The Clerk of Court shall file the lodged proposed Response in Opposition to the Motion to Dismiss (lodged at Doc. 40).

Dated this 8th day of December, 2023.

Honorable Steven P. Logan
United States District Judge