IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena,<br><br>          Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>          Defendants. | No. CV-23-02156-PHX-SPL<br><br>**ORDER** |

Defendants removed this case to federal court on October 16, 2023 (Doc. 1). Proof of service was filed on November 9, 2023 (Docs. 27–28), declaring that service on Defendants Cynthia Ramirez and Krystofer Lee was effected on November 5, 2023 and November 6, 2023, respectively. Since that time, no answer has been filed and Plaintiff has taken no action in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff must show cause in writing why this action should not be dismissed as to Defendants Cynthia Ramirez and Krystofer Lee for failure to prosecute no later than **December 22, 2023**, unless a responsive pleading pursuant to Rule 12 of the Federal Rules of Civil Procedure or an application for entry of default pursuant to Rule 55(a) is filed within such time.

Dated this 13th day of December, 2023.

Honorable Steven P. Logan
United States District Judge