Sandra Slaton, Esq. (SBA# 006454)
**SLATON ROEBUCK PLLC**
8501 North Scottsdale Road, Suite 155
Scottsdale, AZ 85253
Tel: (480) 483-2178
Fax: (480) 367-0691
slaton@horneslaton.com
*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>　　　　Defendants. | Case No. 2:23-cv-02156-SPL<br><br>**Notice Of Appearance**<br>~~FIRST AMENDED COMPLAINT~~<br>~~(Civil Rights Violation, Including Violation of 42 U.S.C. § 1983, Battery)~~<br><br>~~JURY TRIAL DEMANDED~~ |

**NOTICE IS HEREBY GIVEN** to the Clerk of Court and all parties of record that Slaton Roebuck, PLLC and Sandra Slaton, Esq. enter their appearance on behalf of Defendant Jarrett Maupin in the above captioned matter. All notice and correspondence should be directed to:

Sandra Slaton, Esq.
Slaton Roebuck, PLLC
8501 N. Scottsdale Road, Suite 155
Scottsdale, AZ 85253
T: (480) 483-2178

1

F: (480) 367-0691
slaton@slatonroebuck.com

**Respectfully submitted** this 22nd day of December, 2023.

**SLATON ROEBUCK PLLC**

By: /s/ Sandra Slaton
Sandra Slaton, Esq.
*Attorney for Defendant Maupin*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Federal Rule of Civil procedure 5(b)(2)(E). The following parties were served through CM-ECF system and e-mailed a copy on this 22nd day of December, 2023:

**Robert T Mills**
**Sean Anthony Woods**
Mills & Woods Law PLLC
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
480-999-4556
Email: rmills@millsandwoods.com
*Attorneys for Plaintiff*

**Christina Gail Retts**
**Kathleen L Weinke**
Wieneke Law Group PLC
1225 W. Washington St.., Ste. 313
Tempe, AZ 85288
602-715-1868
Email: cretts@wienekelawgroup.com
*Attorneys for City of Phoenix Defendants*

**Anna Griffin Critz**
**Joseph I Vigil**
**Maxine S Mak**
Maricopa County Attorneys Office - Madison St.
225 W Madison St.
Phoenix, AZ 85003
602-506-8541
Email: critza@mcao.maricopa.gov

1 | *Attorneys for County of Maricopa Defendants*

2 | Lisa Gutierrez
    400 W Baseline Rd.
3 | Tempe, AZ 85283
    480-294-8236
4 | PRO SE