Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>              Plaintiff,<br><br>      vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>              Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT KRYSTOFFER LEE**<br><br>(Assigned to the Honorable Steven P. Logan) |

Through counsel undersigned, Plaintiff Sean Pena hereby requests the Clerk to enter

a default against Defendant Krystoffer Lee, on the basis that the record in this case

1   demonstrates that there has been a failure to plead or otherwise defend as provided by Rule

2   55(a) of the Federal Rules of Civil Procedure.

3          **RESPECTFULLY SUBMITTED** this 22nd day of December 2023.

4

5                                              **MILLS + WOODS LAW, PLLC**

6

7                                    By    */s/ Sean A. Woods*
                                           Robert T. Mills
8                                          Sean A. Woods
                                           5055 N 12th Street, Suite 101
9                                          Phoenix, AZ 85014
                                           *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Christina Retts
cretts@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
1225 W Washington St., Ste. 313
Tempe, AZ 85288
*Attorneys for Defendants City of Phoenix, Michael*
*Sullivan, Jeri Williams, and Michael Walker*

Sandra Slaton, Esq.
slaton@horneslaton.com
**SLATON ROEBUCK PLLC**
8501 N Scottsdale Rd., Ste. 155
Scottsdale, AZ 85253
*Attorneys for Defendants Jarrett Maupin and Iesha Stanciel*

I also hereby certify that on December 22, 2023, I electronically transmitted a copy of the foregoing document via email to the following:

Lisa Gutierrez
Kennb2021@gmail.com
400 W Baseline Rd.
Tempe, AZ 85283
*Defendant*

        /s/ Ben Dangerfield