Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**PLAINTIFF'S DECLARATION OF DEFAULT AND ENTRY OF DEFAULT AGAINST DEFENDNT KRYSTOFFER LEE**<br><br>(Assigned to the Honorable Steven P. Logan) |

I, Sean A. Woods, declare as follows:

1. I am an attorney for Plaintiff in this action and make this Declaration to show the fact and manner of compliance with the provisions of Rule 55, Fed. F. Civ. P.

2. The following party in this action, against whom a judgment for affirmative relief is sought, has failed to plead or otherwise defend within the time periods prescribed by the Federal Rules of Civil Procedure: Krystoffer Lee.

3. To comply with the requirements of 50 U.S.C. § 520, I verify that the above-named party is not in the military service.

4. On November 6, 2023, Defendant Lee was served with a copy of Plaintiff's First Amended Complaint.

5. Defendant Lee, against whom judgment for affirmative relief is sought, has failed to plead or otherwise defend within the time period prescribed in Rule 12, Fed. R. Civ. P.

WHEREFORE, the undersigned requests that the Clerk of this Court enter the default of Defendant Krystoffer Lee.

I declare, under penalty of perjury, that the foregoing is true and correct.

**RESPECTFULLY SUBMITTED** this 22nd day of December 2023.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
     Robert T. Mills
     Sean A. Woods
     5055 N 12th Street, Suite 101
     Phoenix, AZ 85014
     *Attorneys for Plaintiff*

2

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Christina Retts
cretts@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
1225 W Washington St., Ste. 313
Tempe, AZ 85288
*Attorneys for Defendants City of Phoenix, Michael Sullivan, Jeri Williams, and Michael Walker*

Sandra Slaton, Esq.
slaton@horneslaton.com
**SLATON ROEBUCK PLLC**
8501 N Scottsdale Rd., Ste. 155
Scottsdale, AZ 85253
*Attorneys for Defendants Jarrett Maupin and Iesha Stanciel*

I also hereby certify that on December 22, 2023, I electronically transmitted a copy of the foregoing document via email to the following:

Lisa Gutierrez
Kennb2021@gmail.com
400 W Baseline Rd.
Tempe, AZ 85283
*Defendant*

　　　/s/ Ben Dangerfield

3