MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Pena, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>    Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**[PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANT KRYSTOFFER LEE**<br><br>(Assigned to the Honorable Steven P. Logan) |

In this cause, Defendant Krystoffer Lee has been regularly served with process, as appears from the record and papers on file, and has failed to answer Plaintiff's First Amended Complaint within the time allowed by law. The time for answering has expired.

Now, on application of Sean A. Woods, attorney for Plaintiff, the default of Defendant Krystoffer Lee is entered in this action.

_____
Deputy Clerk