# Matt Monaco

| | |
|---|---|
| **From:** | Sandra Slaton |
| **Sent:** | Saturday, December 23, 2023 5:29 PM |
| **To:** | swoods@millsandwoods.com; rmills@millsandwoods.com; Kristin Roebuck; Matt Monaco |
| **Subject:** | Re:  CV-23-02158-PHX-SPL-Pena v. City of PHX et al |

Mr. Mills and Woods,

As you know from our Notices of Appearance filed yesterday on December 22, 2023, I just got retained to represent Mr. Jarrett Maupin and Ms. Iesha Stancia in the above-captioned matter.  I am out of the office until January 3, 2023.  Additionally, I will need time to review the rather lengthy complaint and respond to it.

It appears that Ms. Stancia's response to the complaint will be due on December 26, 2023 and that she was served on December 5, 2023.   It also appears that our other client, Mr. Maupin has not been served yet. (Apparently, your process server served Mr. Maupin's father at the father's address on or about December 7th).  That was not valid service.  Regardless, I am prepared to accept service for Mr. Maupin and to subsequently respond to the complaint on behalf of both of the Defendants  by no later than January 15, 2024.

Please let me know if you will agree that Mr. Maupin was not yet served and will further agree that I may accept service on his behalf.  No matter what, I will be able to respond to the complaint by January 15, 2023 on his behalf.

Please let me know also if you will agree that I will have until January 15, 2024 to respond to the complaint on behalf of Ms. Stancia.

Please feel free to contact me regarding the above.  Although I am out of the office, if you are not willing to agree to this extension, I will be forced to file formal motions for extensions of time as set forth above.

Have a good holiday and I hope to hear from you promptly on this.

Regards,

Sandra

Sandra Slaton
Slaton Roebuck, PLLC
8501 N. Scottsdale Road, Suite 155
Scottsdale, AZ 85253
Office: (480) 483-2178
Cell: (480) 518-2154
slaton@horneslaton.com


PLEASE NOTE OUR NEW ADDRESS


All Communications are privileged and confidential. If you receive this email in error, please destroy it immediately and contact our office at 480-483-2178


This email may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender immediately and delete this message without copying or disclosing it.