Sandra Slaton, Esq. (SBA# 006454)
**SLATON ROEBUCK PLLC**
8501 North Scottsdale Road, Suite 155
Scottsdale, AZ 85253
Tel: (480) 483-2178
Fax: (480) 367-0691
slaton@horneslaton.com

*Attorney for Defendant, Rev. Jarrett Maupin, Jr.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a municipal entity, et. al.,<br><br>Defendants. | Case No.: 2:23-cv-02156-SPL<br><br>**Defendant Maupin's Motion for Extension of Time to Respond to First Amended Complaint** |

Defendant Rev. Jarrett Maupin, Jr. ("Rev. Maupin Jr."), by and through counsel, hereby submits his Motion for Extension of Time to Respond to First Amended Complaint.

On December 4, 2023, Plaintiff Sean Pena ("Plaintiff") filed the Certificate of Service completed by Gary Steiner. (Doc. 35). Mr. Steiner asserted that he did not serve Jarrett Maupin Jr. but Jarrett Maupin Sr., and such service was proper substitute service. (Doc. 35 ¶ 3). However, Mr. Maupin Sr. was served at 9616 S. 1st Steet, in Phoenix, Arizona (Doc. 35 ¶ 2). Upon information and belief, such is not Rev. Maupin Jr.'s dwelling or usual place of abode. The Certificate of Service avers that service was completed on November 3, 2023. Pursuant to Fed. R. Civ. P. 4(e) service is proper when:

> (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or
>
> (2) doing any of the following:

1

(A) delivering a copy of the summons and of the complaint to the individual personally;

(B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or

(C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

Service of process did not follow Fed. R. Civ. Pro. 4(e), and therefore, service on Rev. Maupin Jr. is ineffective.

Pursuant to the Fed. R. Civ. Pro. 12, Rev. Maupin's Response to the First Amended Complaint ("FAC"), or any motion to dismiss based upon Fed. R. Civ. Pro. 12(b) would be due no later than December 24, 2023. Because December 24, 2023 is a Sunday, and the following day, December 25, 2023 is a holiday, Rev. Maupin's Response would be due on December 26, 2023. *See* Fed. R. Civ. P. 6(a)(1)(C)

Rev. Maupin formally retained counsel undersigned to represent him in this matter on Thursday, December 21, 2023. On December 23, 2023, counsel undersigned contacted Plaintiff's counsel seeking an agreement and to confer regarding the extension of time to file the Response to the FAC. (*See* **Exhibit 1**, attached hereto, Email 12/23/2023). As of the time of this filing, opposing Counsel has not responded to such request.

Counsel undersigned requests a brief extension until January 15, 2024. The FAC is 80 pages of allegations, containing twenty-two counts, against multiple defendants. Counsel undersigned was formally retained on December 21, 2023 and is out of the office on a preplanned absence returning on January 3, 2024. Counsel undersigned will need additional time to review the 80 page FAC and properly respond. Such time is not available prior to the deadline for responding pursuant to Fed. R. Civ. P. 12(a) on December 26, 2023. Without question, *inter alia* Rev. Maupin will challenge Plaintiff's certificate of service asserting there has been proper service on Maupin in this matter pursuant to Fed. R. Civ. P. 12(b)(5).

Counsel undersigned avows that this extension is requested in good faith and not for purposes of delay.

2

Therefore, based upon the foregoing, Rev. Maupin requests a brief extension of time to respond to Plaintiff's FAC to and including January 15, 2024. A proposed order is submitted herewith.

**Respectfully submitted** this 26th day of December, 2023.

                                        **SLATON ROEBUCK PLLC**

                                        By: /s/ Sandra Slaton
                                              Sandra Slaton, Esq.
                                              *Attorney for Defendant*
                                              *Rev. Jarrett Maupin Jr.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Federal Rule of Civil procedure 5(b)(2)(E). The following parties were served through CM-ECF system and e-mailed a copy on this 26th day of December, 2023:

**Robert T Mills**
**Sean Anthony Woods**
Mills & Woods Law PLLC
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
480-999-4556
Email: rmills@millsandwoods.com
*Attorneys for Plaintiff*

**Christina Gail Retts**
**Kathleen L Weinke**
Wieneke Law Group PLC
1225 W. Washington St.., Ste. 313
Tempe, AZ 85288
602-715-1868
Email: cretts@wienekelawgroup.com
*Attorneys for City of Phoenix Defendants*

**Anna Griffin Critz**
**Joseph I Vigil**
**Maxine S Mak**
Maricopa County Attorney's Office - Madison St.

225 W Madison St.
Phoenix, AZ 85003
602-506-8541
Email: critza@mcao.maricopa.gov
*Attorneys for County of Maricopa Defendants*

     I, hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

Lisa Gutierrez
400 W Baseline Rd.
Tempe, AZ 85283
480-294-8236
PRO SE

                              By: /s/ Sandra Slaton