IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual, <br><br> Plaintiff, <br><br> v. <br><br> City of Phoenix, a municipal entity, et. al., <br><br> Defendants. | Case No.: 2:23-cv-02156-SPL <br><br> **[Proposed] Order Re:** <br> **Defendant Maupin's Motion for Extension of Time to Respond to First Amended Complaint** |

The Court, having received and reviewed Defendant Maupin's Motion for Extension of Time to Respond to First Amended Complaint, and good cause appearing:

**IT IS ORDERED** that Defendant Maupin shall have through and including January 15, 2024 to respond to the First Amended Complaint.

**Dated** this \_\_\_\_ day of December, 2023.

By:_____
      The Hon. Steven P. Logan
      United States District Court Judge

1