Sandra Slaton, Esq. (SBA# 006454)
**SLATON ROEBUCK PLLC**
8501 North Scottsdale Road, Suite 155
Scottsdale, AZ 85253
Tel: (480) 483-2178
Fax: (480) 367-0691
slaton@horneslaton.com

*Attorney for Defendant Iesha Stanciel*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a municipal entity, et. al.,<br><br>Defendants. | Case No.: 2:23-cv-02156-SPL<br><br>**Defendant Stanciel's Motion for Extension of Time to Respond to First Amended Complaint** |

Defendant, Iesha Stanciel ("Ms. Stanciel"), a defendant in the above captioned matter, by and through counsel, hereby submits her Motion for Extension of Time to Respond to First Amended Complaint as follows:

On December 6, 2023, Plaintiff Sean Pena ("Plaintiff") filed the Certificate of Service completed by Gary Steiner. (Doc. 36). The Certificate of Service avers that Ms. Stanciel was served on December 5, 2023.

Pursuant to the Fed. R. Civ. Pro. 12, Ms. Stanciel's Response to the First Amended Complaint ("FAC") would be due no later than this date, December 26, 2023.

Ms. Stanciel formally retained counsel undersigned to represent her in this matter on Thursday, December 21, 2023. On December 23, 2023, counsel undersigned contacted Plaintiff's counsel by email, seeking an agreement to the extension of time to file the Response to the FAC. (*See* **Exhibit 1**, attached hereto, Email 12/23/2023) and seeking to confer on same. Opposing Counsel has not responded to such request.

1

Newly retained counsel undersigned requests a brief extension to respond to the Complaint until and including January15, 2024.  The FAC is 80 pages of allegations, containing twenty-two counts, against multiple defendants.  Counsel undersigned was just retained on December 21, 2023 and is out of the office on a pre-planned absence returning on January 3, 2024.  Counsel undersigned will need time to review the 80 page FAC and respond to the FAC.  Such time was not available prior to the deadline, December 26, 2023, for responding pursuant to Fed. R. Civ. P. 12(a).

Counsel undersigned avows that this extension is requested in good faith and not for purposes of delay. Opposing counsel's position was requested but at the time of filing this Motion, Opposing Counsel has failed to respond.

Therefore, based upon the foregoing, Defendant Iesha Stanciel requests a brief extension of time to file a response to Plaintiff Sean Pena's First Amended Complaint until and including January 15, 2023  A proposed order is submitted herewith.

**Respectfully submitted** this 26th day of December, 2023.

**SLATON ROEBUCK PLLC**

By: /s/ Sandra Slaton
Sandra Slaton, Esq.
*Attorney for Defendant*
*Iesha Stanciel*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Federal Rule of Civil procedure 5(b)(2)(E). The following parties were served through CM-ECF system and e-mailed a copy on this 26th day of December, 2023:

**Robert T Mills**
**Sean Anthony Woods**
Mills & Woods Law PLLC
5055 N 12th St., Ste. 101
Phoenix, AZ 85014

480-999-4556
Email: rmills@millsandwoods.com
*Attorneys for Plaintiff*

**Christina Gail Retts**
**Kathleen L Weinke**
Wieneke Law Group PLC
1225 W. Washington St.., Ste. 313
Tempe, AZ 85288
602-715-1868
Email: cretts@wienekelawgroup.com
*Attorneys for City of Phoenix Defendants*

**Anna Griffin Critz**
**Joseph I Vigil**
**Maxine S Mak**
Maricopa County Attorney's Office - Madison St.
225 W Madison St.
Phoenix, AZ 85003
602-506-8541
Email: critza@mcao.maricopa.gov
*Attorneys for County of Maricopa Defendants*

   I, hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

Lisa Gutierrez
400 W Baseline Rd.
Tempe, AZ 85283
480-294-8236
PRO SE

                By: /s/ Sandra Slaton