# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a municipal entity, et. al.,<br><br>Defendants. | Case No. 2:23-cv-02156-SPL<br><br>**[Proposed] Order Re:**<br>**Defendant Stanciel's Motion for Extension of Time to Respond to First Amended Complaint** |

The Court, having received and reviewed Defendant Stanciel's Motion for Extension of Time to Respond to First Amended Complaint, and good cause appearing:

**IT IS ORDERED** that Defendant Stanciel shall have through and including January 15, 2024 to respond to the First Amended Complaint.

**Dated** this _____ day of December, 2023.

By: _____
The Hon. Steven P. Logan
United States District Court Judge

1