# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena,<br><br>        Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>        Defendants. | NO. CV-23-02156-PHX-SPL<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Cynthia Ramirez. DEFAULT ENTERED this 27th day of December, 2023.

                                                        Debra D. Lucas
                                                        District Court Executive/Clerk of Court

December 27, 2023

                                                        s/ Rebecca Kobza
                                        By    Deputy Clerk