**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Pena, | NO. CV-23-02156-PHX-SPL |
| Plaintiff, | |
| v. | **CLERK'S ENTRY OF DEFAULT** |
| City of Phoenix, et al., | |
| Defendants. | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Krystoffer Lee. DEFAULT ENTERED this 27th day of December, 2023.

Debra D. Lucas
District Court Executive/Clerk of Court

December 27, 2023

s/ Rebecca Kobza
By    Deputy Clerk
