IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, | No. CV-23-02156-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is Defendant Maupin's Motion (Doc. 56), which requests an extension of the deadline to file an answer. Having considered this first request,

**IT IS ORDERED** that the Motion for Extension (Doc. 56) is **granted**. Defendant Maupin shall have until **January 15, 2024**, to file an answer to the Complaint and otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure.

Dated this 2nd day of January, 2024.

Honorable Steven P. Logan
United States District Judge