IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, | No. CV-23-02156-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| City of Phoenix, et al., | |
| Defendants. | |

On December 22, 2023, Defendants City of Phoenix, Michael Walker, and Jeri Williams filed a Motion for Leave to File Excess Pages for a Motion to Dismiss (Doc.49). City of Phoenix, however, filed a Motion to Dismiss on November 17, 2023 that is still pending (Doc. 33).[1] In addition, a Response has already been filed (Doc. 44). The Motion, however, indicates that the revised Motion to Dismiss includes all City Defendants and has removed arguments pertaining to any voluntarily dismissed claims, streamlining review. Before ruling on the Motion for Leave, the Court will require the parties to file a Notice indicating whether, in light of the Amended Motion, the initial Motion to Dismiss should be denied as well. Accordingly,

///

///

---

[1] In light of a Notice of Party Dismissal, the Court dismissed as moot a Motion to Dismiss filed by Defendants Jeffrey Roseberry, Catherine Fu, Sandra Anderson, Samantha Caplinger, Michael Baker, and Maricopa County (Docs. 22, 42). References to both Motions were included in the Court's December 8, 2023 Order (Doc. 42).

**IT IS ORDERED** that, by **January 5, 2024**, the parties shall file a Notice with the Court indicating whether they intend for the newly lodged Motion to Dismiss (lodged at Doc. 50) to supersede the previously filed Motion (Doc. 33).

Dated this 4th day of January, 2024.

Honorable Steven P. Logan
United States District Judge