IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>    Defendants. | No. CV-23-02156-PHX-SPL<br><br>**ORDER** |

  Before the Court is Defendants City of Phoenix, Williams, and Walker's Motion to Exceed (Doc. 49). Good cause appearing, and in light of the Notice filed January 5, 2024 (Doc. 65),[1]

  **IT IS ORDERED** that the Motion to Exceed (Doc. 49) is **granted** and the Clerk of Court shall file the proposed Motion to Dismiss (lodged at Doc. 50).

  **IT IS FURTHER ORDERED** that the Motion to Dismiss (Doc. 33) is **denied as moot**.

  Dated this 8th day of January, 2024.

                Honorable Steven P. Logan
                United States District Judge

---

[1] Permitting the new Motion to Dismiss (lodged at Doc. 50) to supersede the former Motion (Doc. 33), will allow the parties to streamline their arguments so that they do not include those Defendants who have already been terminated.