FILED ✓ ___ LODGED
___ RECEIVED ___ COPY

JAN 08 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Lisa  Gutierrez

400 W Baseline Rd.
Tempe, AZ 85283

(Doc 46)

---

U.S. DISTRICT COURT CLERK'S OFFICE
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON STREET, SPC 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$001.59
12/12/2023 ZIP 85003
043M31237949

-R-T-S-   852835024-1N        01/05/24
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

TO: