Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**STIPULATION REGARDING TIME TO RESPOND TO DEFENDANTS CITY OF PHOENIX, WILLIAMS, AND WALKER'S MOTION TO DISMISS**<br><br>(First Request)<br><br>(Assigned to the Honorable Steven P. Logan) |

Through counsel undersigned and pursuant to LRCiv 7.2 and 7.3, Plaintiff Sean

Pena and Defendants City of Phoenix, Jeri Williams, and Michael Walker (collectively,

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

"Defendants") hereby stipulate and agree regarding the time that Plaintiff shall have to file his Response to Defendants City of Phoenix, Williams, and Walker's Motion to Dismiss (ECF No. 67, the "Motion to Dismiss"). The Motion to Dismiss was lodged as a proposed document on December 22, 2023, but the Court did not grant permission for it to be filed until January 9, 2024, whereupon it was filed that same day. LRCiv 7.2 is unclear as to when the fourteen (14) day period in which a response to a motion may be filed begins to run when that motion is lodged but not yet filed. It is Plaintiff's position that the fourteen (14) day period does not begin to run until the motion is filed, and Defendants do not oppose that position for purposes of briefing on the Motion to Dismiss. Consequently, Plaintiff and Defendants agree that Plaintiff shall have until up to and including January 23, 2024 – fourteen (14) days from the date the Motion to Dismiss was filed – to file his Response to same, pursuant either to LRCiv 7.2 or to an extension granted under LRCiv 7.3. This Stipulation is agreed to in good faith and not for purposes of delay. A Proposed Order granting the relief requested is being filed concurrently with this Stipulation.

///

///

///

///

2

1

**RESPECTFULLY SUBMITTED** this 10th day of January 2024.

2

3
                    **MILLS + WOODS LAW, PLLC**

4

5
          By     */s/ Sean A. Woods*
                Robert T. Mills

6
                Sean A. Woods
                5055 N 12th Street, Suite 101

7
                Phoenix, AZ 85014
                *Attorneys for Plaintiff*

8

9
                **WIENEKE LAW GROUP, PLC**

10

11
         By     */s/ Christina Retts (w/ permission)*
                Kathleen L. Wieneke

12
                Christina Retts
                1225 W Washington St., Ste. 313

13
                Tempe, AZ 85288
                *Attorneys for Defendants City of Phoenix,*

14
                *Michael Sullivan, Jeri Williams, and*
                *Michael Walker*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

1    **CERTIFICATE OF SERVICE**

2    I hereby certify that on January 10, 2024, I electronically transmitted the foregoing

3    document to the Clerk's Office using the ECF System for filing and transmittal of a Notice

4    of Electronic Filing to the following ECF registrants:

5    Kathleen L. Wieneke
     kwieneke@wienekelawgroup.com
6    Christina Retts
     cretts@wienekelawgroup.com
7    **WIENEKE LAW GROUP, PLC**
     1225 W Washington St., Ste. 313
8    Tempe, AZ 85288
     *Attorneys for Defendants City of Phoenix, Michael*
9    *Sullivan, Jeri Williams, and Michael Walker*

10

11   Sandra Slaton, Esq.
     slaton@horneslaton.com
12   **SLATON ROEBUCK PLLC**
     8501 N Scottsdale Rd., Ste. 155
13   Scottsdale, AZ 85253
14   *Attorneys for Defendants Jarrett Maupin and Iesha Stanciel*

15   I also hereby certify that on January 10, 2024, I electronically transmitted a copy of

16   the foregoing document via email to the following:

17   Lisa Gutierrez
     Kennb2021@gmail.com
18   400 W Baseline Rd.
19   Tempe, AZ 85283
     *Defendant*
20

21       /s/ Ben Dangerfield
22

23

24

25

26

27

28

4