IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, | No. CV-23-02156-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation (Doc. 69), in which they request an extension of time for Plaintiff to file a Response to Defendant's Motion to Dismiss (Doc. 67). Having considered this first request,

**IT IS ORDERED** that the Stipulation (Doc. 69) is **granted**. Plaintiff shall have until **January 23, 2024**, to file a Response to the Motion to Dismiss.

Dated this 10th day of January, 2024.

Honorable Steven P. Logan
United States District Judge