Case: 2:23-cv-02156-SPL

```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

     JAN 1 2 2024

   CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Lisa Gutierrez
400 W Baseline Rd.
Tempe, AZ 85283

(Doc 61, 62)

---

**CLERK, UNITED STATES DISTRICT COURT**
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX AZ 852
4 JAN 2024 PM 5 L
RECEIVED
JAN 1 2 2024
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

quadient
FIRST-CLASS MAIL
IMI
$000.87
01/04/2024 ZIP 85003
043M31237949
US POSTAGE

```
NIXIE       850  DE 1        0001/10/24
            RETURN TO SENDER
           INSUFFICIENT ADDRESS
             UNABLE TO FORWARD

BC: 85003213099      *1914-06432-04-39
```