Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT JARRETT MAUPIN**<br><br>(Assigned to the Honorable Steven P. Logan) |

Through counsel undersigned and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sean Pena hereby notifies the Court and the parties of his dismissal without

prejudice of Defendant Jarrett Maupin ("Defendant") from this action. Because Defendant has filed neither an answer nor a motion for summary judgment, the dismissal is effective upon the filing of this Notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

**RESPECTFULLY SUBMITTED** this 16th day of January 2024.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
   Robert T. Mills
   Sean A. Woods
   5055 N 12th Street, Suite 101
   Phoenix, AZ 85014
   *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Christina Retts
cretts@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
1225 W Washington St., Ste. 313
Tempe, AZ 85288
*Attorneys for Defendants City of Phoenix, Michael Sullivan, Jeri Williams, and Michael Walker*

Sandra Slaton, Esq.
slaton@horneslaton.com
**SLATON ROEBUCK PLLC**
8501 N Scottsdale Rd., Ste. 155
Scottsdale, AZ 85253
*Attorneys for Defendants Jarrett Maupin and Iesha Stanciel*

I also hereby certify that on January 16, 2024, I electronically transmitted a copy of the foregoing document via email to the following:

Lisa Gutierrez
Kennb2021@gmail.com
400 W Baseline Rd.
Tempe, AZ 85283
*Defendant*

         /s/ Ben Dangerfield