Case: 2:23-cv-02156-SPL

FILED ☐    LODGED ☐
RECEIVED ☐    COPY ☐

JAN 1 6 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Lisa  Gutierrez

400 W Baseline Rd.
Tempe, AZ 85283

(Doc 66)

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX AZ 852

10 JAN 2024 PM 10

quadient
FIRST-CLASS MAIL
IMI
$000.63
01/10/2024

RECEIVED

JAN 1 6 2024

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE      850   DE 1          0001/14/24
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 85003213099      *2414-00297-10-42