Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS FOR RESPONSE TO MOTION TO DISMISS**<br><br>(Assigned to the Honorable Steven P. Logan) |

Through counsel undersigned, Plaintiff moves the Court for permission to exceed the seventeen (17) page response limit for Plaintiff's Response in Opposition to Defendants

City of Phoenix, Williams, and Walker's Motion to Dismiss ("Plaintiff's Response"), which in substance is a little over twenty-five (25) pages in length. Plaintiff's Response has been lodged with the Court concurrently with the filing of this Motion pending the Court's approval for it to be filed. Good cause exists to allow Plaintiff's Response to be filed in the length submitted because the Court also granted permission for the Motion to Dismiss to which it responds to be filed in a length of approximately twenty-seven (27) pages, and Plaintiff required approximately the same amount of space to respond.

**RESPECTFULLY SUBMITTED** this 23rd day of January 2024.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 N 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Christina Retts
cretts@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
1225 W Washington St., Ste. 313
Tempe, AZ 85288
*Attorneys for Defendants City of Phoenix, Michael Sullivan, Jeri Williams, and Michael Walker*

I also hereby certify that on January 23, 2024, I electronically transmitted a copy of the foregoing document via email to the following:

Lisa Gutierrez
Kennb2021@gmail.com
400 W Baseline Rd.
Tempe, AZ 85283
*Defendant*


      /s/ Ben Dangerfield