MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**[PROPOSED] ORDER ALLOWING RESPONSE TO MOTION TO DISMISS TO EXCEED PAGE LIMITS**<br><br>(Assigned to the Honorable Steven P. Logan) |

THE COURT, having reviewed Plaintiff's Motion to Exceed Page Limits for Response to Motion to Dismiss (the "Motion to Exceed"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Motion to Exceed.

**IT IS FURTHER ORDERED** allowing Plaintiff's Response in Opposition to Defendants City of Phoenix, Williams, and Walker's Motion to Dismiss to be filed as currently lodged.