IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena,<br><br>            Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>            Defendants. | No. CV-23-02156-PHX-SPL<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Exceed (Doc. 75). Good cause appearing,

**IT IS ORDERED** that the Motion to Exceed (Doc. 75) is **granted** and the Clerk of Court shall file the proposed Response (lodged at Doc. 76).

Dated this 25th day of January, 2024.

_____
Honorable Steven P. Logan
United States District Judge