Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Phoenix, Walker, and Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Pena, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>Defendants. | NO. 2:23-cv-02156-SPL<br><br>**DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION FOR REPLY IN SUPPORT OF MOTION TO DISMISS** |

Defendants City of Phoenix, Walker, and Williams ("Defendants") move the Court for permission to exceed the 11-page limit for its Reply in Support of Motion to Dismiss and file a 19-page Reply in Support of Motion to Dismiss. The 19-page Reply includes the caption. This case involves important claims of absolute immunity related to the City

Defendants investigation related to a former law enforcement officer's alleged sexual assault of three different women. In this litigation, Plaintiff attempts to substantively attack collateral settlements of the victims' civil cases—which benefitted him personally in risk reduction—and undermine decades of public policy favoring settlements. Plaintiff also attempts to weaponize the MeToo movement, claiming that it forms the basis of a conspiracy to scapegoat him, improperly suggesting that reports of victimized women are somehow necessarily false and the movement lacks credibility generally. Plaintiff's theories of liability, if accepted, would seek to chill law enforcement from investigating and referring for prosecution cases that are "he said, she said."

Plaintiff has already moved for default against two of the sexual assault victims, based upon their reports to law enforcement (subject to crime victim reporting immunity based upon *Ledvina v. Cerasani*, 146 P.3d 70, 75, ¶ 14 (Ariz. App. 2006)) and testimony at trial (subject to testimonial immunity based upon *Rehberg v. Paulk*, 566 U.S. 356, 369 (2012) (immunity for testifying witnesses)). The issues presented in this litigation have the potential to change the landscape of liability relating to absolute immunity, if Plaintiff's arguments were to be accepted. As a result, thorough briefing is necessary to address the multiple different claims and bases for immunity.

As set forth in the previous Motion to Exceed that related to the Motion to Dismiss, Plaintiff's complaint contains a litany of separate claims. Defendants have numerous defenses, including failure to comply with the Notice of Claim ("NOC") and statute of limitations for the state law claims. Defendants must raise the insufficiency of the NOC and timeliness defenses now, or risk claims of waiver being made by Plaintiffs.

Defendants have endeavored to be as concise as possible in their Reply in Support of Motion to Dismiss, but due to the complexity of this case, request the Court's permission to exceed the page limitation and file a 19-page Reply in Support of Motion to Dismiss (including the Caption). Defendants have revised the brief numerous times attempting to further reduce the length but believe that additional revisions will adversely affect the content of the briefing.

DATED this 30th day of January 2024.

                              WIENEKE LAW GROUP, PLC

                  By:   */s/ Christina Retts*
                         Kathleen L. Wieneke
                         Christina Retts
                         1225 West Washington Street, Suite 313
                         Tempe, Arizona 85288
                         *Attorneys for Defendants City of Phoenix, Walker, and Williams*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Sean A. Woods
>Robert T. Mills
>MILLS + WOODS LAW, PLLC
>5055 North 12th Street, Suite 101
>Phoenix, Arizona 85014
>*Attorneys for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is a registered participant of the CM/ECF System:

>N/A

By:   */s/ Mica Mahler*