# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>Defendants. | NO. 2:23-cv-02156-SPL<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION FOR REPLY IN SUPPORT OF MOTION TO DISMISS** |

The Court, having received Defendants' Motion to Exceed Page Limitation for Reply in Support of Motion to Dismiss Plaintiff's Complaint, and good cause appearing,

IT IS ORDERED that the Motion is granted and allowing Defendants to exceed the 11-page limit for motions set forth in LRCiv 7.2(e) and file a 19-page Reply (which includes the Caption).

1     DATED: _____

                                   _____
                                   Honorable Steven Paul Logan
                                   United States District Judge