IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, | No. CV-23-02156-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion to Exceed (Doc. 79). Good cause appearing,

**IT IS ORDERED** that the Motion to Exceed (Doc. 79) is **granted** and the Clerk of Court shall file the proposed Reply (lodged at Doc. 80).

Dated this 31st day of January, 2024.

Honorable Steven P. Logan
United States District Judge