```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

      MAY 0 6 2024

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Lisa Gutierrez

400 W Baseline Rd.
Tempe, AZ 85283

(Doc 84)

