```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

       DEC 09 2024

  CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Lisa  Gutierrez

400 W Baseline Rd.
Tempe, AZ 85283

(Doc 87)





RECEIVED

DEC 09 2024

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA