MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Pena, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>　　　　　　Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND AND REPLY TO CITY DEFENDANTS' RULE 54(B) MOTION**<br><br>(Assigned to the Honorable Steven P. Logan) |

THE COURT, having reviewed the "Stipulation for Extension of Time for Response and Reply to City Defendants' Rule 54(b) Motion" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Plaintiff shall have until no later than December 31, 2024 within which to file his Response to "City Defendants' Motion for Entry of Rule 54(b) Judgment," ECF No. 88, and Defendants City of Phoenix, Williams, Sullivan, and Walker shall have until no later than January 14, 2025 within which to file their Reply in support thereof.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556