Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>　　　　　　　Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**RULE 26(F) CASE MANAGEMENT REPORT**<br><br>(Assigned to the Honorable Steven P. Logan) |

Through counsel undersigned and pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's "Order Setting Rule 16 Case Management Conference,"

ECF No. 87, Plaintiff Sean Pena ("Plaintiff") hereby separately submits this Rule 26(f) Case Management Report.

Plaintiff, via counsel, and Defendant Lisa Gutierrez ("Defendant Gutierrez"), representing herself, met and conferred via telephone about the contents of this Report and the attached [Proposed] Case Management Order, and on December 31, 2024 Plaintiff sent Defendant Gutierrez drafts of same for her review and input. Plaintiff's counsel further met with her via telephone on January 3, 2025.

However, Defendant Gutierrez indicated she is unfamiliar with the Federal Rules of Civil Procedure, and does not understand the significance of today's deadline for submitting same. As a result, she did not provide any changes or revisions to the drafts of same sent to her by Plaintiff's counsel. She further indicated that she is seeking counsel/representation.

Therefore, both this Report and attached [Proposed] Order, including any and all proposed dates and deadlines therein, reflect only Plaintiff's input. For that reason, and also because Defendant Gutierrez indicated to Plaintiff today via telephone that she now intends to retain counsel, Plaintiff believes that filing a Joint Case Management Report and [Proposed] Order is premature at this time, and that today's deadline should be stayed or extended to give Defendant Gutierrez sufficient time to retain counsel and then resume discussions over the contents of the Report and [Proposed] Order. Nevertheless, out of an abundance of caution, Plaintiff is filing this Report and the attached Order in order to comply with the Court's deadline.

///

1. **Attendance:** Plaintiff and Defendant Gutierrez.

2. **Service:** All remaining parties in this action have been served. Defendant Gutierrez has appeared, representing herself, while Defendants Cynthia Ramirez ("Defendant Ramirez") and Krystoffer Lee ("Defendant Lee") have been defaulted for failure to appear.

3. **Nature of Case:** The following claims of Plaintiff remain in this action against Defendants Gutierrez, Ramirez, and Lee: Counts III-V, for malicious prosecution; Counts VI-IX, for abuse of process; Count X, for tortious interference with contract and reasonable business expectancy; Count XIII, for instigating or participating in false arrest and imprisonment; Count XIV, for intentional infliction of emotional distress; Count XV, for aiding and abetting; Count XVI, for conspiracy; Counts XVII-XX, for malicious prosecution in violation of the Fourth, Fifth, and Fourteenth Amendments and 42 U.S.C. § 1983, and; Count XXII, for defamation.

4. **Jurisdiction:** This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, as Plaintiff asserts claims pursuant to 42 U.S.C. § 1983 (federal question). Plaintiff also asserts state law tort claims. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a), as they "form part of the same case or controversy under Article III of the United States Constitution" as Plaintiff's federal claims.

5. **Additions and Amendments:** Plaintiff does not expect to add additional parties to the case or otherwise amend the pleadings.

6. **Forthcoming Motions:** Plaintiff does not currently contemplate filing any motions at this time.

7. **Related Cases:** Plaintiff is unaware of any related cases pending before other courts or other judges of this District;

8. **Discovery Limitations:** Plaintiff does not desire to change any of the limitations on discovery imposed by the Federal Rules of Civil Procedure.

9. **Electronically Stored Information:** At this time, Plaintiff does not anticipate any special issues arising relating to preservation, disclosure, or discovery of electronically stored information, including the parties' preservation of electronically stored information and the form or forms in which it will be produced. Plaintiff plans to disclose all documents electronically where possible.

10. **Request for Jury Trial:** Plaintiff has requested a trial by jury over all issues in this action.

11. **Trial:** Plaintiff estimates that this action will be ready for trial by June 30, 2026, and that the trial will take 7 days. At present, Plaintiff does not have any suggestions for shortening the trial further.

12. **Expedited Trial Alternative:** Counsel for Plaintiff certifies that he has discussed with Plaintiff the option to take this case directly to trial, without formal discovery or motion practice. As part of that discussion, counsel for Plaintiff also certifies that he provided Plaintiff with two good faith estimates of the costs (including attorneys' fees) of litigating this case to completion: (1) an estimate of the cost if an expedited trial is

elected, and (2) an estimate of the cost if an expedited trial is not elected and typical discovery and motion practice occur.

13. **Consent to Magistrate Judge:** Plaintiff consents to the transfer of this case to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

14. **Settlement and Dispute Resolution:** The prospects of settlement are unlikely. At present, Plaintiff does not believe the case is suitable for referral to a United States Magistrate Judge for the purpose of holding a settlement conference (mediation), minitrial, summary jury trial, early neutral evaluation, or other form of alternative dispute resolution pursuant to LRCiv 83.10.

15. **Modified Procedures:** At present, Plaintiff does not believe that modification of any pretrial procedures is advisable.

16. **Additional Matters:** None

**RESPECTFULLY SUBMITTED** this 3rd day of January 2025.

                           **MILLS + WOODS LAW, PLLC**

                           By   */s/ Sean A. Woods*
                                Robert T. Mills
                                Sean A. Woods
                                5055 N 12th Street, Suite 101
                                Phoenix, AZ 85014
                                *Attorneys for Plaintiff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Christina Retts
cretts@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
lrasmussen@wienekelawgroup.com
mmahler@wienekelawgroup.com
1225 W Washington St., Ste. 313
Tempe, AZ 85288
*Attorneys for Defendants City of Phoenix, Michael Sullivan, Jeri Williams, and Michael Walker*

I also hereby certify that on January 3, 2025, I electronically transmitted a copy of the foregoing document via email to the following:

Lisa Gutierrez
Kennb2021@gmail.com
Kennb2020@gmail.com
400 W Baseline Rd.
Tempe, AZ 85283
*Defendant*

          /s/ Ben Dangerfield

6