IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, | No. CV-23-02156-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| City of Phoenix, et al., | |
| Defendants. | |

Having reviewed the parties' Joint Rule 26(f) Case Management Report and Proposed Rule 16 Case Management Order,

**IT IS ORDERED** that the Rule 16 Case Management Conference, presently set for January 17, 2025 before Honorable Steven P. Logan, is **vacated**. Order to follow.

Dated this 10th day of January, 2025.

Honorable Steven P. Logan
United States District Judge