IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, | No. CV-23-02156-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation to Extend Briefing (Doc. 90), in which the parties' request an extension of the deadline to complete their responsive briefing to the pending Motion for Entry of Rule 54(b) Judgment (Doc. 88). Finding good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 90) is **granted**, and the response and reply (Docs. 91, 93) are deemed timely filed.

Dated this 13th day of January, 2025.

Honorable Steven P. Logan
United States District Judge