Sandra Slaton, Esq. (SBA No. 006454)
**SLATON ROEBUCK, PLLC**
Sandra Slaton (*SBN 006454*)
slaton@slatonroebuck.com
8501 North Scottsdale Road, Suite 155
Scottsdale, Arizona 85253
Tel: (480) 483-2178
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu, Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson, Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Kristoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin and Iesha Stanciel and John Doe Stanciel.<br>                Defendants. | Case No. CV-23-02156-PHX-SPL<br><br>Judge: Hon. Steven P. Logan<br><br>**UNOPPOSED MOTION TO REMOVE COUNSEL UNDERSIGNED FROM SERVICE LIST** |

**1**

Sandra Slaton, counsel undersigned, on behalf of terminated Defendants Jarrett Maupin and Iesha Stanciel, moves this Court for an order removing her and the firm Slaton Roebuck, from the service list and further electronic notifications in the above captioned matter. Counsel has consulted and confirmed with Counsel Sean Woods that he does not oppose the removal of Slaton from the service list. Defendants Jarrett Maupin and Iesha Stanciel were voluntarily terminated from this matter by Plaintiffs on January 16, 2024 and further notices are inapplicable for the terminated parties and counsel.

Therefore, for the above stated reasons counsel undersigned respectfully requests that she and the firm be removed from the service list and receive no further electronic notifications in this matter.

DATED this 15th day of January, 2025.

SLATON ROEBUCK, PLLC

By: /s/ Sandra Slaton
Sandra Slaton, Esq.
*Attorney for Terminated Defendants Maupin and Stanciel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Federal Rule of Civil procedure 5(b)(2)(E). Any other counsel of record and parties will be served by email transmission and/or first class mail this 15th day of January, 2025.

/s/ Sandra Slaton