IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, | No. CV-23-02156-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is the Unopposed Motion to Remove Counsel from Service List (Doc. 97). Because Defendants Jarrett Maupin and Iesha Stanciel have been dismissed, the Court will grant the motion. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Remove Counsel from Service List (Doc. 97) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove Sandra Slaton from the CM/ECF service list for this matter.

Dated this 17th day of January, 2025.

Honorable Steven P. Logan
United States District Judge