**FILED** ☑  LODGED ☐
RECEIVED ☐  COPY ☐

JAN 2 1 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Lisa Gutierrez

400 W Baseline Rd.
Tempe, AZ 85283

(Doc 94, 95)

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$002.04
01/13/2025 ZIP 85003
043M31237949
US POSTAGE

**RECEIVED**

JAN 2 1 2025

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE    850    DE 1    0001/17/25
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 85003213099    *1779-04579-17-21

85003>2130