1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

9
10
11
12
13
14

| | |
|---|---|
| Sean Pena, | **NO. CV-23-02156-PHX-SPL** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| City of Phoenix, et al., | |
| Defendants. | |

15
16

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

17
18
19
20
21

IT IS ORDERED AND ADJUDGED that there is no just reason to delay entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b).  Judgment is hereby entered in favor of Defendants City of Phoenix, Jeri L. Williams, Michael Sullivan, and Michael Walker. All claims against Defendants City of Phoenix, Jeri L. Williams, Michael Sullivan, and Michael Walker are dismissed with prejudice.

22
23

Debra D. Lucas
District Court Executive/Clerk of Court

24

April 18, 2025

25

By    s/ E. Aragon
Deputy Clerk

26
27
28