Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable Steven P. Logan) |


Through counsel undersigned and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff hereby gives notice that this same day he served his Initial Disclosure Statement and accompanying documents upon Defendant Lisa Gutierrez via email.

**RESPECTFULLY SUBMITTED** this 28th day of October 2025.

                              **MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
     Robert T. Mills
     Sean A. Woods
     5055 N 12th Street, Suite 101
     Phoenix, AZ 85014
     *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lisa L. Gutierrez
Kennb2021@gmail.com
Kennb2020@gmail.com
400 W Baseline Rd., Lot 330
Tempe, AZ 85283
(480) 294-8236
*Defendant*

    */s/ Ben Dangerfield*