1  Your Name: Lisa Gutierrez
2  Address: 400 W. Baseline Rd. lot#330
3  City, State, Zip: Tempe, AZ, 85283
4  Phone Number: (480)294-8236

X FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 3 0 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

9  Sean Pena,
10     Plaintiff,
11  v.
12  Lisa Gutierrez,
13     Defendant(s).

Case No: CV-23-02156-PhX-SPL

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCiv P 5.4

### Dear: Judge Stephen P. Logan,

My name is Lisa Gutierrez, and I am representing myself in this case, as I do not have legal counsel. Everything I share in this letter is truthful and accurate, and I submitted an Affidavit of Truth at the beginning of this case to affirm my integrity.

The events I have endured have profoundly impacted every aspect of my life. Within the same week of the sexual assault I suffered, the police came to my home looking for my child father's friend, and the very next day, CPS knocked on my door. This sequence of events caused extreme emotional distress and instability during an already vulnerable time.

I went through two of these court proceedings while pregnant, and the emotional strain was absolutely overwhelming. Navigating these legal challenges while carrying a child was a tremendous burden on my health and well-being.

Moreover, during the criminal court process, my witnesses were never questioned or called to testify, despite their relevance and availability. This lack of consideration has compounded the injustice I have faced.

Additionally, it is important to highlight that the officer's attorneys are now asking me to recant my statements and deny what truly occurred. I remain steadfast in my truth and seek justice for what I have experienced.

I am a survivor. The experiences I have gone through have affected my ability to function fully in my roles as a mother, partner, and individual. I am seeking justice not only for myself but for all who have suffered similarly. It is deeply troubling that the officer involved is now pursuing legal action against me. I am the victim, and I simply seek fairness and justice.

I respectfully request the Court to consider the full impact of these events on my life and my family. I want my life back, and I want to move forward in peace and dignity.

Thank you for your time and consideration.
Respectfully,
Lisa Gutierrez
Defendant / Self-Represented