Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**PLAINTIFF'S NOTICE OF ERRATA RE MOTION FOR SUMMARY JUDGMENT**<br><br>(Assigned to the Honorable Steven P. Logan) |

Through counsel undersigned, Plaintiff hereby gives notice that the Certificate of Conferral set forth below was inadvertently not attached to his Motion for Summary Judgment filed January 30, 2026, ECF No. 105.

## CERIFICATE OF CONFERRAL

I, Sean A. Woods, counsel for Plaintiff, hereby certify by my signature below that prior to filing Plaintiff's Motion for Summary Judgment, ECF No. 105 (the "MSJ"), my firm communicated to Defendant Lisa Gutierrez that Plaintiff intended to file the MSJ. That communication identified the issues and claims on which summary judgment would be sought, and the basis for so doing.

**RESPECTFULLY SUBMITTED** this 3rd day of February 2026.

**MILLS + WOODS LAW, PLLC**

By  /s/ *Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 N 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2026, I electronically transmitted the foregoing document to the Clerk's Office and the following ECF registrant via ECF, and also to the following via email:

2

1
2  Lisa L. Gutierrez
   Kennb2021@gmail.com (Via email)
3  Kennb2020@gmail.com (Via ECF)
   400 W Baseline Rd., Lot 330
4  Tempe, AZ 85283
   (480) 294-8236
5  *Defendant*
6
7         /s/ Ben Dangerfield
8

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556