MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Pena, an individual,<br><br>                           Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>                           Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**[PROPOSED] ORDER**<br><br>(Assigned to the Honorable Steven P. Logan) |

THE COURT, having reviewed "Plaintiff's Motion to Strike Defendant Lisa Gutierrez' Motion to Dismiss and Response to Requests for Admission" (the "Motion to Strike"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Motion to Strike.

**IT IS FURTHER ORDERED** striking the "Motion to dismiss and Response for Admission," ECF No. 111 ("Defendant's Filing"), filed by Defendant Lisa Gutierrez ("Defendant"), as Defendant's Filing is prohibited and/or not authorized by the applicable Case Management Order and multiple Rules of Civil Procedure.

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556