Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Jeri L. Williams, former Chief of the Phoenix Police Department; Deputy Maricopa County Attorney Jeffrey Roseberry and Jane Doe Roseberry; Maricopa County Deputy Attorney Catherine Fu and John Doe Fu; Maricopa County Deputy Attorney Sandra Anderson and John Doe Anderson; Maricopa County Attorney Samantha Caplinger and John Doe Caplinger; Maricopa County Attorney Michael Baker and Jane Doe Baker; Michael Walker; and Jane Doe Walker; Cynthia Ramirez; Krystoffer Lee; Lisa Gutierrez; Jarrett Maupin and Jane Doe Maupin; and Iesha Stanciel and John Doe Stanciel,<br><br>Defendants. | Case No.: CV-23-02156-PHX-SPL<br><br>**JOINT REPORT ON SETTLEMENT TALKS**<br><br>(Assigned to the Honorable Steven P. Logan) |

Through counsel undersigned and pursuant to the Case Management Order, § V, Jan. 10, 2025, ECF No. 95, remaining parties Plaintiff Sean Pena and Defendant Lisa

Gutierrez jointly report that they held good faith settlement talks last week via telephone, but that those talks did not result in a settlement of this action.  The parties do not seek settlement assistance from the Court at this time.

**RESPECTFULLY SUBMITTED** this 23rd day of March 2026.

**MILLS + WOODS LAW, PLLC**


By___ */s/ Sean A. Woods*___
Robert T. Mills
Sean A. Woods
5055 N 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*


**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2026, I electronically transmitted the foregoing document to the Clerk's Office and the following ECF registrant via ECF, and also to the following via email:

Lisa L. Gutierrez
Kennb2021@gmail.com (Via email)
Kennb2020@gmail.com (Via ECF)
400 W Baseline Rd., Lot 330
Tempe, AZ 85283
(480) 294-8236
*Defendant*


___ */s/ Ben Dangerfield*___

2

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556