**DANIEL R. MCALLISTER**
District Court Executive/Clerk of Court
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**

**LENORE BENOIT**
Chief Deputy Clerk
Evo A. Deconcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**MAGS EVERETTE**
Chief Deputy Clerk
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

September 18, 2026

Clerk's Office
Maricopa County Superior Court
201 W Jefferson St
Phoenix, AZ 85003

**ATTN:** **Civil File Counter**

**RE:** **REMAND TO MARICOPA COUNTY SUPERIOR COURT**

**District Court Case Number: CV-23-02156-PHX-SPL**

**Superior Court Case Number: CV-23-02156-PHX-SPL**

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on September 18, 2026, remanding the above case to Maricopa County Superior Court in the State of Arizona.

Sincerely,

Daniel R. McAllister, DCE/Clerk of Court

s/EAragon
Deputy Clerk

cc: All Counsel of Record

**PLEASE ACKNOWLEDGE RECEIPT OF THIS DOCUMENT AND RETURN IN THE ENVELOPE PROVIDED**

Received By: ______________________ Dated: ____________