IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Pena,<br><br>Plaintiff,<br>vs.<br><br>City of Phoenix, et al.,<br><br>Defendants. | No. CV-23-02156-PHX-SPL<br><br>**ORDER** |

On October 2, 2026, the Court received an ex parte phone communication from Defendant Lisa Guitierrez. Defendant Guitierrez's correspondence appears to be a request for clarification of the Court's Order issued on September 18, 2026. (Doc. 114). While the correspondence may be innocent in nature, it is arguably a prohibited ex parte communication. Any motion or other communication concerning matters before the Court must be done in writing and filed with the Court. *See* LRCiv 7.1 and 7.2. To the extent Defendant Guitierrez requests clarification from the Court, the Court reiterates that the matter has been terminated in this Court and remanded to Maricopa County Superior Court. (*See* Doc. 114). Consequently, no action or response will be taken by the Court.

Dated this 5th day of October, 2026.

Honorable Steven P. Logan
United States District Judge